# DECLARATION OF DR. PETER MAZOLEWSKI

I, Dr. Pete Mazolewski, declare as follows:

1. I am an adult of sound mind and make this statement voluntarily, based upon my knowledge, education, and experience.

2. I received a Bachelor of Science degree from the University of California at Los Angeles (UCLA) in 1990 and a medical degree (M.D.) from the University of Southern California in 1994.

3. I completed a 7-year internship, residency, and research fellowship at the University of Nevada in 2001.

4. I also served in the military for many years, attaining the rank of Colonel in 2017.

5. I have been a private practice clinician for over 20 years, and currently work as a general and trauma surgeon for John Muir Health, handling the highest volume of acute and general trauma surgeries while never having had a lawsuit filed against me.

6. I have published extensively on various subjects related to my areas of expertise.

7. In taking care of a multitude of emergency surgical patients, I cannot rely on the "contemporary scientific consensus with regards to the standards of care."

8. It can take 12-17 years for widely accepted published findings to be incorporated into clinical practice, and patients in need of treatment cannot wait that long for a change in the "contemporary scientific consensus." Rather, they need my expertise, based on the entirety of my education, review of the literature, and professional experience.

9. As an example, I was taught in the 1990's that every appendicitis is to be operated on as quickly as possible. But by around 2000, it became clear to me that immediate appendectomy should not be the standard treatment for all patients diagnosed with appendicitis, as those with complicated cases have far too high a complication rate following surgery; new literature was

showing that this high risk from surgery could be mitigated by early antibiotic therapy and a delayed "interval" appendectomy.

10. This was not an easy change, as it came with an abundance of peer pressure because I was deviating from the "scientific consensus." However, I did not waiver and persisted with this non-operative approach because I knew it was in my patients' best interests, and I had no fear of losing my license because what I was doing was fully supported by the literature.

11. Today, non-operative treatment of complicated appendicitis is a well-accepted and recognized form of treatment.

12. In other words, science is always evolving and starts with the clinician who recognizes an improvement over the standard of care and implements that into his or her practice. This new approach then undergoes scrutiny with rigorous clinical trials which can take years to complete, and by virtue, the "contemporary scientific consensus" lags behind what is being observed by the physician treating patients every day.

13. Covid-19 is no different. With such a new "naïve" disease, the only "scientific consensus" at the time was that there was no scientific consensus. Since clinicians were not presented with any outpatient treatment options, they had to find novel treatments on their own, leading to broad treatment regimens.

14. The passage of AB 2098 jeopardizes the ability of physicians like me to treat patients according to our best judgment, which is our professional obligation.

15. The threat of discipline for providing advice that does not comport with the "contemporary scientific consensus" puts me and many other doctors in fear of providing such treatment (which then results, ironically, in substandard care).

16. If this law is permitted to stand, it sets a dangerous precedent of allowing legislators to strip physicians of their ability to treat their patients as best they see fit in any number of contexts—there is no reason to believe that this type of legislation will be limited to Covid-19, although even restricted to that context it is problematic.

I swear or affirm under penalty of perjury that the foregoing is true and correct.

Dated: October 21, 2022                                  Signed: /s/ *Peter J. Mazolewski*