**Chris Hickie MD PhD** @HickieMd · Jan 1 
Replying to @TracyBethHoeg
You aren't a very good "epi" are you? No. You are horrible and want people to die from covid-19 infection pushing your anti-vaccine and anti-mask agendas. You deserve to lose your medical license, Hoeg.

> precluded an evaluate of risk. Given our observation that risk is largely confined to males under the age of 40 years further research is needed pooling data from international studies to evaluate further the risks in children.
>
> In summary, the risk of hospital admission or death from myocarditis is greater following COVID-19 infection than following vaccination and remains modest following sequential doses of mRNA vaccine including a third booster dose of BNT162b in the overall population. However, the risk of myocarditis following vaccination is consistently higher in younger males, particularly following a second

  ♡ 


**Chris Hickie MD PhD** @HickieMd · Aug 9
Replying to @TracyBethHoeg
I look forward to reporting you to your medical board once a certain law is passed in California.