

**Chris Hickie MD PhD**
@HickieMd



@michaelmantzmd @TracyBethHoeg Since you are also in California, Mantz, I can report you now alongside quack Hoeg for spreading medical disinformation once that law passes in California. Two quacks in a quandary.

10 Aug 2022 • 11:10