

**Tracy Hoeg, MD, PhD** @TracyBethHoeg · Apr 28

My latest op-ed for @SFGate on California's new bill which would punish physicians for spreading covid misinformation. Though ostensibly done to protect patients, it will stifle scientific debate, interfere w/the doctor-patient relationship & further erode trust in public health.

>  **SFGATE** ✓ @SFGate · Apr 28
>
> A California physician argues against the state's COVID-19 misinformation bill. dlvr.it/SPPJlb

 43     225    ♡ 634    ⬆



**Taylor Nichols, MD**
@tnicholsmd

Replying to @TracyBethHoeg

## Why so defensive, Tracy? Scared?

9:19 AM · Jun 29, 2022 · Twitter for iPhone