

**Aaron Kheriaty, MD** @akheriaty · Sep 29

The Covid mass vaccination campaign will one day be seen as one of the most reckless misadventures in the history of modern medicine.

💬 2,154    🔁 7,000    ♡ 30.9K    ⬆️



**Chris Hickie MD PhD**
@HickieMd

Replying to @akheriaty

Can't wait to see you lose your license.

6:29 PM · Sep 29, 2022 · Twitter for Android