
**Adrian Egli**
@Adrian7745

Replying to @AzadehKhatibi and @MedBoardOfCA

I will take great pleasure seeing #AB2098 become law and seeing your license to practice medicine in California gone!

search.dca.ca.gov/details/8002/A...

---

 CA.GOV 



**MEDICAL BOARD OF CALIFORNIA**

**LICENSING DETAILS FOR: A 106465**

**NAME:** KHATIBI, AZADEH
**LICENSE TYPE:** PHYSICIAN AND SURGEON A
**PRIMARY STATUS:** LICENSE RENEWED & CURRENT
**SCHOOL NAME:** UNIVERSITY OF CALIFORNIA SAN FRANCISCO SCHOOL OF MEDICINE
**GRADUATION YEAR:** 2007

**ADDRESS OF RECORD**
PO BOX 642082
LOS ANGELES CA 90064-7082
LOS ANGELES COUNTY
MAP

`ALT`

---

10:13 AM · Sep 6, 2022 · Twitter Web App