

# United States District Court
# Eastern District of California

| Tracy Høeg et al. |
|---|

Plaintiff(s)

V.

| Gavin Newsom et al. |
|---|

Defendant(s)

Case Number:  2:22cv1980-WBS

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Jenin Younes hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Tracy Hoeg, Ram Duriseti, Aaron Kheriaty, Pete Mazolewski, and Azadeh Khatibi

On 06/06/2012 (date), I was admitted to practice and presently in good standing in the Appellate Division, Second Dept. of New York (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 10/31/2022           Signature of Applicant: /s/ Jenin Younes

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Jenin Younes |
| Law Firm Name: | New Civil Liberties Alliance |
| Address: | 1225 19th Street NW |
| | Suite 450 |
| City: | Washington  State: DC  Zip: 20009 |
| Phone Number w/Area Code: | (202) 918-6905 |
| City and State of Residence: | Washington DC |
| Primary E-mail Address: | jenin.younes@ncla.legal |
| Secondary E-mail Address: | jenin.younes@gmail.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Laura B. Powell |
| Law Firm Name: | Law Office of Laura B. Powell |
| Address: | 2120 Contra Costa Blvd #1046 |
| City: | Pleasant Hill  State: CA  Zip: 94523 |
| Phone Number w/Area Code: | (510) 457-1042  Bar #: 240853 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: November 4, 2022

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE