ROB BONTA
Attorney General of California
ANYA M. BINSACCA, State Bar No. 189613
STEVE DIEHL, State Bar No. 235250
Supervising Deputy Attorneys General
MEGAN O'CARROLL, State Bar No. 215479
KRISTIN A. LISKA, State Bar No. 315994
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3916
 Fax:  (415) 703-5480
 E-mail:  Kristin.Liska@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **TRACY HØEG, M.D., Ph.D., RAM DURISETI, M.D., Ph.D., AARON KHERIATY, M.D., PETE MAZOLEWSKI, M.D., and AZADEH KHATIBI, M.D., M.S., M.P.H.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, Governor of the State of California, in his official capacity; KRISTINA LAWSON, President of the Medical Board of California, in her official capacity; RANDY HAWKINS, M.D., Vice President of the Medical Board of California, in his official capacity; LAURIE ROSE LUBIANO, Secretary of the Medical Board of California, in her official capacity; MICHELLE ANNE BHOLAT, M.D., M.P.H., DAVID E. RYU, RYAN BROOKS, JAMES M. HEALZER, M.D., ASIF MAHMOOD, M.D., NICOLE A. JEONG, RICHARD E. THORP, M.D., VELING TSAI, M.D., and ESERICK WATKINS, members of the Medical Board of California, in their official capacities; and ROB BONTA, Attorney General of California, in his official capacity,**<br><br>Defendants. | Case No. 2:22-cv-01980-WBS-AC<br><br>**STIPULATION TO SET BRIEFING AND HEARING SCHEDULE AND TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Judge:         Honorable William B. Shubb<br>Action Filed:   November 1, 2022 |

1

**STIPULATION**

This stipulation is entered into by and among Plaintiffs and all Defendants, by and through their representative counsel:

WHEREAS,

1. Plaintiffs filed this action on November 1, 2022;

2. Plaintiffs filed a motion for a preliminary injunction on November 2, 2022;

3. Plaintiffs' motion for a preliminary injunction is currently set for hearing on December 12, 2022 at 1:30 p.m.;

4. Defendants have concerns regarding whether plaintiffs have properly served them with process in this matter;

5. The parties agree that good cause is established for the extension of time for defendants to respond to the complaint because the parties' and Court's efforts are best focused on the preliminary injunction. The extension is the parties' first request and will not affect any of the other dates set in this case.

6. The parties agree that it is in the interest of an efficient resolution of this case to adopt the proposed briefing and hearing schedule for plaintiffs' pending motion for a preliminary injunction. Defendants have agreed to accept service, thereby mitigating any existing defects in service, in return for additional time to prepare their response to the pending motion. Such time will permit a more thorough response from defendants while still ensuring the expedient resolution of plaintiffs' motion.

This stipulated extension does not constitute a waiver of any claim right, or defense.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel, that

1. Defendants' responses to the complaint will be due 30 days after the Court issues its ruling on the pending motion for a preliminary injunction [ECF No. 5];

2. The hearing on plaintiffs' pending motion will be rescheduled to December 19, 2022 at 1:30 p.m.;

3. Defendants' opposition to the motion for a preliminary injunction shall be due December 5, 2022;

4. Any reply brief supporting the motion shall be due December 12, 2022.

A proposed order is attached to this stipulation.

Dated: November 22, 2022                    Respectfully submitted,

ROB BONTA
Attorney General of California
ANYA M. BINSACCA
STEVE DIEHL
Supervising Deputy Attorneys General
MEGAN O'CARROLL
Deputy Attorney General


*/s/ Kristin Liska*

KRISTIN A. LISKA
Deputy Attorney General
*Attorneys for Defendants*


s/ *Laura B. Powell*
Laura B. Powell (CA Bar No. 240853)
*Local Counsel*

/s/*Jenin Younes*
Jenin Younes
Litigation Counsel

*/s/Gregory Dolin*
Gregory Dolin, MD
Senior Litigation Counsel
*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

Case Name:   *Hoeg, Tracy, et al. v. Gavin Newsom, et al.*
Case No.   **2:22-cv-01980-WBS-AC**

I hereby certify that on <u>November 22, 2022</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

1. **STIPULATION TO SET BRIEFING AND HEARING SCHEDULE AND TO EXTEND TIME TO RESPOND TO COMPLAINT**

2. **[PROPOSED] ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be electronically accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct.

Executed on <u>November 22, 2022</u>, at San Francisco, California.

| Vanessa Jordan | *Vanessa Jordan* |
| :---: | :---: |
| Declarant | Signature |