IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRACY HØEG, M.D., Ph.D., RAM DURISETI, M.D., Ph.D., AARON KHERIATY, M.D., PETE MAZOLEWSKI, M.D., and AZADEH KHATIBI, M.D., M.S., M.P.H.,**<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>**GAVIN NEWSOM, Governor of the State of California, in his official capacity; KRISTINA LAWSON, President of the Medical Board of California, in her official capacity; RANDY HAWKINS, M.D., Vice President of the Medical Board of California, in his official capacity; LAURIE ROSE LUBIANO, Secretary of the Medical Board of California, in her official capacity; MICHELLE ANNE BHOLAT, M.D., M.P.H., DAVID E. RYU, RYAN BROOKS, JAMES M. HEALZER, M.D., ASIF MAHMOOD, M.D., NICOLE A. JEONG, RICHARD E. THORP, M.D., VELING TSAI, M.D., and ESERICK WATKINS, members of the Medical Board of California, in their official capacities; and ROB BONTA, Attorney General of California, in his official capacity,**<br><br>　　　　　　　　　　Defendants. | Case No. 2:22-cv-01980-WBS-AC<br><br>**ORDER** |

Pursuant to the stipulation submitted by the parties, it is hereby ORDERED that:

    1.    Defendants' responses to the complaint will be due 30 days after the Court issues its ruling on the pending motion for a preliminary injunction [ECF No. 5];

    2.    The hearing on plaintiffs' pending motion will be rescheduled to January 9, 2023 at 1:30 p.m.;

    3.    Defendants' opposition to the motion for a preliminary injunction shall be due December 12, 2022;

    4.    Any reply brief supporting the motion shall be due December 27, 2022.

Dated: November 29, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE