UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| TRACY HØEG, M.D., Ph.D.; RAM DURISETI, M.D., Ph.D.; AARON KHERIATY, M.D.; PETE MAZOLEWSKI, M.D.; and AZADEH KHATIBI, M.D., M.S., M.P.H., <br><br> Plaintiffs, <br><br> v. <br><br> GAVIN NEWSOM, Governor of the State of California, in his official capacity; KRISTINA LAWSON, President of the Medical Board of California, in her official capacity; RANDY HAWKINS, M.D., Vice President of the Medical Board of California, in his official capacity; LAURIE ROSE LUBIANO, Secretary of the Medical Board of California, in her official capacity; MICHELLE ANNE BHOLAT, M.D., M.P.H., DAVID E. RYU, RYAN BROOKS, JAMES M. HEALZER, M.D., ASIF MAHMOOD, M.D., NICOLE A. JEONG, RICHARD E. THORP, M.D., VELING TSAI, M.D., and ESERICK WATKINS, members of the Medical Board of California, in their official capacities; and ROB BONTA, Attorney General of California, | No. 2:22-cv-01980 WBS AC <br><br><br><br><br><br><br><br> ORDER RELATING CASES |

1

| | |
|---|---|
| in his official capacity;<br><br>            Defendants.<br><br>---<br><br>LETRINH HOANG, D.O.; PHYSICIANS FOR INFORMED CONSENT, a not-for profit organization; and CHILDREN'S HEALTH DEFENSE, CALIFORNIA CHAPTER, a California Nonprofit Corporation;<br><br>            Plaintiffs,<br><br>     v.<br><br>ROB BONTA, in his official capacity as Attorney General of California; and ERIKA CALDERON, in her official capacity as Executive Officer of the Osteopathic Medical Board of California;<br><br>            Defendants. | No. 2:22-cv-02147 DAD AC |

----oo0oo----

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a), because the cases involve similar constitutional challenges to the same California statute, AB 2098.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to

1   whom the first filed action was assigned.
2            IT IS THEREFORE ORDERED that the actions denominated
3   Hoeg v. Newsom, 2:22-cv-01980 WBS AC, and Hoang v. Bonta, 2:22-
4   cv-02147 DAD AC, be, and the same hereby are, deemed related.
5   The case denominated Hoang v. Bonta, 2:22-cv-02147 DAD AC, shall
6   be reassigned to Judge WILLIAM B. SHUBB.  Any dates currently set
7   in the reassigned case only are hereby VACATED.  Henceforth, the
8   captions on documents filed in the reassigned case shall be shown
9   as Hoang v. Bonta, 2:22-cv-02147 WBS AC.
10           IT IS FURTHER ORDERED that the Clerk of the Court make
11  an appropriate adjustment in the assignment of cases to
12  compensate for this reassignment.
13  Dated:   December 7, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE