1  ROB BONTA
   Attorney General of California
2  ANYA M. BINSACCA, State Bar No. 189613
   STEVE DIEHL, State Bar No. 235250
3  Supervising Deputy Attorneys General
   MEGAN O'CARROLL, State Bar No. 215479
4  KRISTIN A. LISKA, State Bar No. 315994
   Deputy Attorneys General
5    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
6    Telephone: (415) 510-3916
     Fax: (415) 703-5480
7    E-mail: Kristin.Liska@doj.ca.gov
   *Attorneys for Defendants*

8

            IN THE UNITED STATES DISTRICT COURT
9
            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
                    SACRAMENTO DIVISION
11

12

13  TRACY HØEG, M.D., Ph.D., RAM          Case No. 2:22-cv-01980-WBS-AC
    DURISETI, M.D., Ph.D., AARON
14  KHERIATY, M.D., PETE MAZOLEWSKI,      **DECLARATION OF JAMES**
    M.D., and AZADEH KHATIBI, M.D., M.S., **NUOVO, M.D. IN SUPPORT OF**
15  M.P.H.,                               **DEFENDANTS' OPPOSITION TO**
                                          **PLAINTIFFS' MOTION FOR**
16                        Plaintiffs,     **PRELIMINARY INJUNCTION**

17             v.                         Judge:        Honorable William B. Shubb
                                          Action Filed: November 1, 2022
18  GAVIN NEWSOM, Governor of the State
    of California, in his official capacity;
19  KRISTINA LAWSON, President of the
    Medical Board of California, in her official
20  capacity; RANDY HAWKINS, M.D., Vice
    President of the Medical Board of
21  California, in his official capacity; LAURIE
    ROSE LUBIANO, Secretary of the Medical
22  Board of California, in her official capacity;
    MICHELLE ANNE BHOLAT, M.D.,
23  M.P.H., DAVID E. RYU, RYAN BROOKS,
    JAMES M. HEALZER, M.D., ASIF
24  MAHMOOD, M.D., NICOLE A. JEONG,
    RICHARD E. THORP, M.D., VELING
25  TSAI, M.D., and ESERICK WATKINS,
    members of the Medical Board of
26  California, in their official capacities; and
    ROB BONTA, Attorney General of
27  California, in his official capacity,

28                        Defendants.

                            1

I James Nuovo, M.D., declare:

1.    I am a licensed California physician specializing in Family Medicine. I received my medical degree from the University of Vermont in 1980 and completed an internship and residency in Family Medicine in 1983. I held a medical license in the State of Washington from 1983 to 1992. I was issued my Physician's and Surgeon's Certificate by the Medical Board of California (Board) in 1992. I have been board certified by the American Board of Family Medicine since 1993. I have reviewed cases of professional misconduct for the Board since April 1993, and I have served as the Chief Medical Consultant for the Board since November 2020. A true and correct copy of my Curriculum Vitae is attached to this Declaration as Exhibit 1.

2.    Based on my education, training, and experience, I am very familiar with the laws and professional standards of medicine in California. California's medical licensing system holds licensees to the standard of care with respect to their care and treatment of patients. Practicing physicians know and understand what is meant by the phrase "standard of care," which is designed, in part, to protect patients from the risk of harm.

3.    A physician treating a patient for a particular condition is expected to know what the current standard of care requires for that condition and any treatment offered or provided for it. The standard of care is continually evolving as new research and studies are published, and some fields of medicine change at a much faster pace than others. Physicians have a professional responsibility to complete continuing medical education to keep current with the evolving standards of care. There are a wide variety of resources devoted to providing physicians with updates on the evolving standard of care for the fields in which they practice. These include bulletins and guidelines issued by medical practice associations and the Board, as well as published periodicals and online evidence-based clinical subscription services, such as the often-cited "UpToDate." While the standard of care evolves, and often quickly, a physician is responsible for applying the current standard of care in their community. It is a violation of the standard of care to provide medical advice or treatment that is not yet proven or established based on personal beliefs or opinions about what may become the standard of care in the future. A

2

1   medical practitioner is negligent if they fail to meet the current standard of care in the care and

2   treatment of patients.

3       4.    "Negligence" is defined as a "simple departure" from the current standard of care.

4   "Gross negligence" is defined as an extreme departure from the standard of care.

5       5.    A physician whose conduct falls below the standard of care can be subject to liability

6   for civil malpractice and/or disciplinary proceedings before the Board under various statutes for

7   unprofessional conduct, including, but not limited to, gross and repeated negligence, and

8   incompetence.

9       6.    Physicians have a duty to provide complete and accurate information to their patients

10   so that they can make informed decisions about their healthcare.  Truthful and open

11   communication with patients is a central tenant of the medical standard of care.  The information

12   and recommendations provided by a physician are relied on by patients to make well-considered

13   decisions about care.  Misinformation provided by a physician during medical care and treatment

14   presents a danger of harm to a patient, because it can lead the patient to decline or be unaware of

15   beneficial care and treatment, or to seek treatments that provide no benefit.  Because COVID-19

16   is a potentially fatal disease, and effective preventative measures and therapeutic treatments exist,

17   the risks posed by misinformation in that context are particularly acute.

18       I declare under penalty of perjury that the foregoing is true and correct.

19   Executed this 9th day of December, 2022, at Sacramento, California.

20

21                                     JAMES NUOVO, M.D.

22                                     Declarant

23

24

25

26

27   SA2022304826

28

**Exhibit 1**

**James Nuovo, M.D. Curriculum Vitae**

# CURRICULUM VITAE

## Jim Nuovo, M.D.

**Personal Information:**

**Work Address:**     Chief Medical Consultant
Medical Board of California/Enforcement
2005 Evergreen Street; Suite 1200
Sacramento, CA  95815-5401

**Phone:**              (916) 274-5983

**Email:**              James.Nuovo@mbc.ca.gov

**Education:**

1972-1975:     University of Vermont, BA, Summa Cum Laude
1976-1980:     University of Vermont, College of Medicine
1980-1983:     Internship/Residency, Department of Family Medicine,
Madigan Army Medical Center, Fort Lewis, WA

**Licensing/Credentialing:**

Washington State Medical License:     1983-1992
California State Medical License:       1992-present
Board Certification:                    American Board of Family Medicine, 1993.
Recertified 1999, 2006, 2013

**Military Service**

1980-1986:     Captain, U.S. Army Medical Corps, Madigan Army Medical
Center, Tacoma, Washington, and DeWitt Army Community
Hospital, Fort Belvoir, Virginia
1983-1984:     Treatment Platoon Leader, 1st Forward Support Battalion
9th Infantry Division, Fort Lewis, Washington
1986-1987:     Major, U.S. Army Medical Corps, Madigan Army Medical
Center, Tacoma, Washington

**Academic Appointments:**

| | |
|---|---|
| 1984-1986: | Clinical Assistant Professor, Department of Family Medicine, F. Edward Hebert School of Medicine, Bethesda, MD. |
| 1986-1992: | Clinical Assistant Professor, Department of Family Medicine, University of Washington School of Medicine. |
| 1992-1997: | Assistant Professor, Department of Family & Community Medicine, University of California, Davis. |
| 1997-2005: | Associate Professor, Department of Family & Community Medicine, University of California, Davis. |
| 2005-3/2020: | Professor, Department of Family & Community Medicine, UC Davis. |
| 3/2020-Present: | Professor Emeritus, UC Davis. |

**Administrative Activities:**

| | |
|---|---|
| 1986: | Clinical Assistant Professor, F. Edward Herbert School of Medicine |
| 1987-1992: | Assistant Professor, University of Washington, Department of Family Medicine |
| 1990-1992: | Residency Director, University of Washington, Department of Family Medicine |
| 1992-2004: | Residency Director, Department of Family & Community Medicine |
| 1992-2001: | Director, UC Davis Network of Affiliated Family Medicine Residency Programs |
| 2001- 2004: | Director/UC Davis Network Research Consortium |
| 2003-2014: | Medical Officer of the Day (MOD)/UCDHS |
| 2003-2010: | Founding Director, UCDHS Chronic Disease Management Program |
| 2003- 2004: | Acting Assistant Dean & Designated Institutional Official for Graduate Medical Education, UCDMC |
| 2004-2016: | Vice Chair, Department of Family & Community Medicine |
| 2004- 2006: | Assistant Dean & Designated Institutional Official for Graduate Medical Education, UCDMC |
| 2006-2019: | Associate Dean & Designated Institutional Official for Graduate Medical Education |
| 2007- 2008: | Interim Associate Dean for Student Affairs |
| 2008-2009: | Associate Dean for Student Affairs and Career Advising |
| 2010-2011: | Associate Dean for Student Affairs |

**Committees:**

### Department/Section

| | |
|---|---|
| 1992-2018: | Graduate Medical Education Committee |
| 1994-3/2020: | Chair, Volunteer Clinical Faculty Review Committee |
| 2004-2019: | Vice Chair, Department of Family & Community Medicine |

### Other University

| | |
|---|---|
| 1992-1994: | Pharmacy and Therapeutics Committee |
| 1994-2020: | Affiliation Advisory Committee |
| 1996-1998: | Graduate and Continuing Medical Education Sub-Committee for LCGME |
| 1997-2018: | Graduate Medical Education Position Paper Sub-Committee |
| 1998-1999: | Compensation Advisory Committee |
| 2003-2004: | Acting Assistant Dean for Graduate Medical Education |
| 2003-2018: | Chair, Graduate Medical Education Committee |
| 2003-2010: | Founding Director, Chronic Disease Management Center |
| 2004: | LCME Sub-Committee |
| 2004-2007: | Medical School Interview Committee |
| 2008-2011: | Committee on Student Progress |

### Other Non-University

| | |
|---|---|
| 1997: | Member, Peer Reviewer, Graduate Training in Family Medicine. Review Committee, Department of Health & Human Services, Rockville, Maryland |
| 1993-2020: | Consultant, Medical Expert for the Medical Board of California |
| 1997-2000: | Consultant for the Department of Managed Healthcare |
| 1997-2002: | Officer, Assistant Editor, American Family Physician |
| 2004-2018: | Member, Medical Board of California Task Force on Offshore Schools |
| 2007: | Expert in the Issue of Chronic Disease Management, Governor's Panel on Health Care Policy Reform |
| 2007-2020: | Member, Medical Board of California Expert Review Committee for 2168 Policy |

**Current Activities:**

1.  Chief Medical Consultant/Enforcement

Medical Board of California/Executive Office

2005 Evergreen Street; Suite 1200

Sacramento, CA  95815-5401

916-274-5983

2.  Designated Institutional Office/Office of Graduate Medical Education

Adventist Health of Ukiah Valley Family Medicine Residency Program

495 East Perkins Street, Ukiah, CA  95482

707-467-5225

3.  Clinical Preceptor/Family Medicine Residency Program/Adventist Health of Ukiah Valley – 16 hours/month (seeing patients with residents in a continuity outpatient clinic).
4.  Hospitalist/Mather VA Hospital
    10535 Hospital Way, Mather, CA  95655 – 56 hours/month (seeing patients as a supervising hospitalist supervising a resident teaching service).
    Primary Care Provider/McClellan VA Outpatient Primary Care Clinic
    5342 Dudley Boulevard, McClellan Park, CA  95652 – 40 hours/month (seeing patients as the primary care provider in an outpatient clinic).


**Publications:**


**Journals**

1.  1985     **Nuovo J.** Clinical application of a high-risk scoring system on a family practice obstetric service. Journal of Family Practice, 20(2): 139-144.
2.  1986     **Nuovo J.** Overanxious parents. American Family Physician, 33(1): 189-192.
3.  1989     **Nuovo J.** Use of dietary fiber to lower cholesterol. American Family Physician, 39(4): 137-140.
4.  1989     Eggertsen S, Leversee JH, **Nuovo J.** Initiating a vasectomy training clinic in a family practice residency. Family Medicine, 21(4): 301-302.
5.  1991     **Nuovo J.** Temporal arteritis: An atypical presentation. Journal of the American Board of Family Practice, 4(2): 115-118.
6.  1991     Nuovo G, **Nuovo J.** Should family physicians test for human papillomavirus?: An opposing view. Journal of Family Practice, 32(2): 188-192.
7.  1991     **Nuovo J.** Are oat products effective cholesterol lowering agents: A critical review. Journal of the American Board of Family Practice, 4(4): 229-236.

8. 1992      **Nuovo J,** Ellsworth A, Larson E. Treatment of atopic dermatitis with antihistamines: Lessons from a single-patient, randomized clinical trial. Journal of the American Board of Family Practice, 5(2): 137- 141.

9. 1993      Jacobson S, **Nuovo J.** Exercise stress test training in family practice residency programs. Journal of the American Board of Family Practice, 6(3): 289-291.

10. 1993      **Nuovo J,** Kreiter L. Frequency of nondiagnostic findings on colposcopy:
                Implications for management. Journal of the American Board of Family Practice, 6(3): 209-214.

11. 1993      **Nuovo J,** DeNeff P, Hawley W, Carter P. Do oral contraceptive agents affect the risk of breast cancer?: A meta-analysis of the case-control reports. Journal of the American Board of Family Practice, 6(2): 123-135.

12. 1994      **Nuovo J,** Sweha A. Keloid formation from levonorgestrel implant (norplant system) insertion. Journal of the American Board of Family Practice, 7(2): 152-154.

13. 1995      **Nuovo J,** et.al. Cost-effectiveness analysis of five different antibiotic regimens for the treatment of uncomplicated chlamydia trachomatous cervicitis. Journal of the American Board of Family Practice, 8(1): 7-16.

14. 1995      **Nuovo J,** Melnikow J, Paliescheskey M. When the Pap smear shows inflammation. Patient Care, 29: 151-153.

15. 1995      **Nuovo J,** Melnikow J, Paliescheskey M. Management of patients with atypical and low-grade pap smear abnormalities. American Family Physician, 52(8): 2243-2250.

16. 1995      **Nuovo J,** Ellsworth A, Christensen DB, Reynolds R. Excessive thyroid hormone replacement therapy. Journal of the American Board of Family Practice, 8(6): 435-439.

17. 1996      Melnikow J, **Nuovo J,** Paliescheskey M. Management choice for patients with squamous atypia on papanicolaou smear: A toss up? Medical Care, 34(4): 336-347.

18. 1996      **Nuovo J,** Melnikow J. Colposcopy training in residency programs: A new dilemma. Family Medicine, 28: 502-504.

19. 1997      **Nuovo J,** Melnikow J, Hutchison B, Paliescheskey M. Is cervicography a useful diagnostic test?: A systematic overview of the literature. Journal of the American Board of Family Practice, 10(6): 390-397.

20. 1997      Melnikow J, **Nuovo J,** Paliescheskey M, Stewart G, Howell L, Green W. Detection of high-grade cervical dysplasia: Impact of age and the Bethesda system terminology. Diagnostic Cytopathology, 17(5): 321-325.

21. 1997      Chapman R, **Nuovo J.** Combined residency training in family practice and other specialties. Family Medicine, 29(10): 715-718.

22. 1998      Melnikow J, **Nuovo J,** Willan A, Chan B, Howell L. Natural history of cervical squamous intraepithelial lesions: A meta analysis. Obstetrics & Gynecology, 92(4): part 2:727-735.

23. 1999      Sweha A, Hacker T, **Nuovo J.** Interpretation of the electronic fetal heart rate during labor. American Family Physician, 59(9): 24872500.

24. 1999      Hixon A, Chapman R, **Nuovo J.** Failure to keep clinic appointments: Implications for residency education and productivity. Family Medicine, 31(9): 627-630.

25. 1999      **Nuovo J,** Smith L. Enhanced obstetrics training for family practice residents: A unique collaborative program. Journal of the American Board of Family Practice, 12(5): 409-412.

26. 2000      **Nuovo J,** Melnikow J, Willan AR, Chan BKS. Treatment outcomes for squamous intraepithelial lesions. International Journal of Gynecology & Obstetrics, 68: 25-33.

27. 2001      **Nuovo J,** Melnikow, Howell LP. New tests for cervical cancer screening. American Family Physician, 64(5): 780-786.

28. 2001      Hilty DM, Hales RE, Servis ME, **Nuovo J.** Algorithms for the Diagnosis and Management of Anxiety Disorders in the Primary Care Setting. Primary Psychiatry, 8(8): 58-67.

29. 2002      **Nuovo J,** Melnikow J, Chang D. Reporting Number Needed to Treat and Absolute Risk Reduction in Randomized Controlled Trials. JAMA, 287(21): 2813-2814.

30. 2002      Melnikow J, Kuppermann M, Birch S, Chan B KS, **Nuovo J.** Management of the Low-Grade Abnormal Pap Smear: What are Women's Preferences? Journal of Family Practice, 51(10): 849-855.

31. 2004      **Nuovo J,** Balsbaugh T, Barton S, Davidson E, Fox-Garcia J, Gandolfo A, Levich B, Seibles J. Development of a Diabetes Care Management Curriculum in a Family Practice Residency Program. Disease Management, 7(4): 314-324.

32. 2005      Jerant A, Levich B, Balsbaugh T, Barton S, **Nuovo J.** Walk a Mile in my Shoes: A Chronic Illness Care Workshop for First-Year Students. Family Medicine, 37(1): 21-6.

33. 2005      Melnikow J, Paterniti D, Azari R, Kuenneth C, Birch S, Phil D, Kuppermann M, **Nuovo J,** Keyzer J, Henderson S. Preferences of Women Evaluating Risks of Tamoxifen: The POWER Study of Preferences for Tamoxifen for Breast Cancer Risk Reduction. CANCER, 103(10): 1996-2005.

34. 2005      Keyzer JF, Melnikow J, Kuppermann M, birch S, Kuenneth C, **Nuovo J,** Azari R, Oto-Kent D, Rooney M. Recruitment Strategies for Minority Participation: Challenges and Cost Lessons from the POWER Interview. Ethnicity & Disease, 15(3): 395-406.

35. 2005      Paterniti DA, Melnikow J, **Nuovo J,** Henderson S, DeGregorio M, Kuppermann M, Nease R. "I'm Going to Die of Something Anyway": Women's Perceptions of Tamoxifen for Breast Cancer Risk Reduction. Ethnicity & Disease, 15(3): 365-372.

36. 2005      Eidson-Ton WS, **Nuovo J,** Solis B, Ewing K, Diaz H, Smith LH. An enhanced obstetrics track for a family practice residency program: results from the first 6 years. J Am Board Fam Pract, 18(3): 223-8.

37. 2006      **Nuovo J,** Bertakis K, Azari R. Assessing Resident's Knowledge and Communication Skills Using Four Different Evaluation Tools. Med Educ.,40(7): 630-636.

38. 2006        Melnikow J, Kuenneth C, Helms LJ, Barnato A, Kuppermann M, Birch S, **Nuovo J**. Chemoprevention: drug pricing and mortality: the case of tamoxifen. Cancer, 107(5): 950-958.

39. 2006        **Nuovo J,** Sather C. Reporting Adverse Events in Randomized ControlledTrials. Pharmacoepidemiology and Drug Safety, 16(3): 349-351.

40. 2007        **Nuovo, J.**, Balsbaugh, T., Barton, S., Fong, R., Fox, J., Levich, B., Fenton, JJ. Interventions to Support Diabetes Self-Management: The Key Role of the Patient in Diabetes Care? Current Diabetes Reviews, 3(4): 226-8.

41. 2007        **Nuovo J,** Balsbaugh T, Lee M, Isidro J. The UC Davis Health System's 6-Year Experience With A Web-Based Patient Sign-out System (PASS). Accreditation Council for Graduate Medical Education (ACGME) Bulletin, 18-19.

42. 2009        **Nuovo, J**. The Impact of Planned Visits on Patients with Type 2 Diabetes Mellitus. Clinical Medicine: Endocrinology and Diabetes, 2: 7-14.

43. 2009        **Nuovo J,** Balsbaugh T, Levich B. Gender Differences in the Selection of an Action Plan for Patients with Type 2 Diabetes Mellitus. The Patient, 2(3): 203-208.

44. 2010        Geraghty E, Balsbaugh T, **Nuovo J,** Tandon S. Using GIS to Assess for Outcome Disparities in Patients with Type 2 Diabetes and Hyperlipidemia. JABFM, 23(1): 88-96.

45. 2010        **Nuovo J.** The Convergence of Impact Factor and Media Attention on Discussions Between Doctors and Their Patients; the case of Rosiglitazone. Pharmacoepidemiology and Drug safety Editorial Office.

46. 2011        **Nuovo, J**. The Impact of a Drug Safety Warning on Discussions Between Doctors and Their Patients; the Case of Rosiglitazone. Pharmacology & Pharmacy.

47. 2013        **Nuovo J.** The Impact of a Diabetes Self-Management Education Program Provided Through a Telemedicine Link to Rural California Health Care Clinics. Health Services Insights, (6) 1-7.

48. 2013        **Nuovo J**, Hutchinson D, Balsbaugh T, Keenan, C. Establishing Electronic Health Record Competency Testing for First-Year Residents. Journal of Graduate Medical Education, 5(4): 658-661.

**Book Chapters**

1. 1994        **Nuovo J**: Ischemic Heart Disease, RB Taylor, (ed), Family Medicine: Principles and Practice, Fourth Edition, New York: Springer-Verlag, 582-592.

2. 1996        **Nuovo J**: Ischemic Heart Disease, RB Taylor, (ed), Fundamentals of Family Medicine, New York: Springer-Verlag, 252-281.

3. 1996        **Nuovo J**: Cervical Cancer, R Rakel, (ed), Saunders Manual of Medical Practice, W.B. Saunders Company, 413-415.

4. 1996        **Nuovo J**: Ischemic Heart Disease, M Mengel and S Schwiebert, (ed), Ambulatory Medicine: The Primary Care of Families, Second Edition, Connecticut: Appleton & Lange., 436-442.

5. 1996        **Nuovo J,** Sweha A: Atrial Fibrillation and Other Supraventricular Tachycardias, R.B. Taylor, (ed), The Manual of Family Practice, First Edition, Boston: Little, Brown and Company, 292-297.

6. 1997        Melnikow J, **Nuovo J**: Cancer Prevention and Screening in Women, Primary Care Clinics of North America, Vol. 24, pp. 15-26.

7. 1997        **Nuovo J,** Sweha A: Ischemic Heart Disease, R.B. Taylor, (ed), Family Medicine: Principles and Practice, Fifth Edition, New York: Springer-Verlag, 650-663.

8. 1998        **Nuovo, J**: Cervical Cancer, R.E. Rakel, (ed), Saunders Manual of Medical Practice, W.B. Saunders Company, 413-415.

9. 1998        **Nuovo J,** Hixon C: Ischemic Heart Disease, M. Mengel and S. Schwiebert, (ed), Ambulatory Medicine: The Primary Care of Families, Third Edition, Connecticut: Appleton & Lange, 473-480.

10. 2000       **Nuovo J**: Cardiovascular Problems, R.B. Taylor, (ed), The 10-Minute Diagnosis Manual, Lippincott Williams and Wilkins, 117-119.

11. 2001       **Nuovo J**: Atrial Fibrillation and Other Supraventricular Tachycardias, R.B. Taylor, (ed), The Manual of Family Practice, Second Edition, Boston: Lippincott Williams & Wilkins., 263-268.

12. 2002        **Nuovo, J**: Ischemic Heart Disease, R.B. Taylor, (ed), Family Medicine: Principles and Practice, Sixth Edition, New York: Springer-Verlag, 632-643.

13. 2003       **Nuovo J**, Hixon AL.: Ischemic Heart Disease, Mengel M. and Schwiebert LP, (ed), Family Medicine: Ambulatory Care & Prevention, Fourth Edition, McGraw-Hill, 508-515.

14. 2007       **Jim Nuovo**, MD: Section I Background: Chapter 1, Overview of Chronic Disease Management, Jim Nuovo, MD, (ed), Chronic Disease Management, Springer, 3-8.

15. 2007       **Jim Nuovo**, MD: Section II Management of Specific Diseases: Chapter 7, Type 2 Diabetes, Jim Nuovo, MD, (ed), Chronic Disease Management, Springer, 139-201.

16. 2007       **Jim Nuovo**, MD: Section II Management of Specific Diseases: Chapter 11, Obesity, Jim Nuovo, MD, (ed), Chronic Disease Management, Springer, 327-332.

17. 2007       **Jim Nuovo**, MD: Section II Management of Specific Disease: Chapter 12, Depression, Jim Nuovo, MD, (ed), Chronic Disease Management, Springer, 333-345.

18. 2007       **Jim Nuovo**, MD: Section II Management of Specific Diseases: Chapter 13, Jim Nuovo, MD, (ed), Chronic Disease Management, Springer, 346-358.

## Books Edited

1. 2007        **Jim Nuovo**, MD: Chronic Disease Management, Jim Nuovo, MD, (ed), Springer.

**Invited Commentaries**

1. 1992     **Nuovo J**, Newkirk G. Colposcopy Training for Family Physicians (Editorial). Journal of the American Board of Family Practice, 5(1): 102-104.
2. 1998     **Nuovo J**. Contraindications to Metformin Therapy. American Family Physician, 57(3): 536-537.
3. 1998     **Nuovo J**. Management of Incidental Pituitary Microdenomas. American Family Physician, 57(9): 2247-2248.
4. 1998     **Nuovo J**. Calcium Channel Blockers and Cardiovascular Mortality. American Family Physician, 58(5): 1203-1204.
5. 1998     **Nuovo J**. Common Questions about Low-Molecular Weight Heparin. American Family Physician, 58(7): 1649.
6. 1998     Melnikow J, **Nuovo J**. Reducing Mortality Cervical Cancer: Papnet Fails the Test (Editorial). Archives of Family Medicine, 8: 56-57.
7. 1999     **Nuovo J**. Hyperlipidemia in Patients with Type 2 Diabetes. American Family Physician, 59(6): 1666-1671.
8. 1999     **Nuovo J**. Treatment of Patients with Epilepsy Emergencies. American Family Physician, 59(10): 2872.
9. 1999     **Nuovo J**. AHA Statement on Antioxidants and Coronary Disease Prevention. American Family Physician, 59(10): 2904.
10. 1999     **Nuovo J**. Albumin-to-Creatine Ratio for Detection of Microalbuminuria. American Family Physician, 59(11): 3243.
11. 1999     **Nuovo J**. Diagnostic Markers for Detection of Myocardial Infarction. American Family Physician, 60(1): 262.
12. 1999     **Nuovo J**. Recommendations for Oral Agents in type 2 Diabetes. American Family Physician, 60(4): 1233-1234.
13. 1999     **Nuovo J**. Appropriate Beta-Blocker Therapy in CHF. American Family Physician, 60(6): 1838-1843.
14. 1999     **Nuovo J**. The Costs of Helping Patients with Type 1 Diabetes Achieve Tight Control (Editorial). American Family Physician, 60(7): 1914-1921.
15. 1999     Nicolette J, **Nuovo J**. Reframing our Approach to Domestic Violence: The Cyclic Batterer Syndrome (Editorial). American Family Physician, 60(9): 2498-2501.
16. 1999     **Nuovo J**. Cost Comparison of Fluoxetine and Tricyclic Antidepressants. American Family Physician, 60(9): 2678-2680.
17. 2000     **Nuovo J**. Reducing CHD in Diabetic Patients Using Simvastatin. American Family Physician, 61(4): 1178-1180.
18. 2000     **Nuovo J**. Gastric Irritation Effect of COX Inhibitors vs. NSAIDs. American Family Physician, 61(5): 1472.
19. 2000     **Nuovo J**. Diagnosis and Treatment of Nonulcer Dyspepsia. American Family Physician, 61(5): 1474-1476.
20. 2000     **Nuovo J**. Cholesterol Lowering Effect of Wood-Based Stanol Esters. American Family Physician, 61(8): 2483-2484.
21. 2000     **Nuovo J**. Improving Compliance after Abnormal Pap Smears. American Family Physician, 61(9): 2813-2817.

22. 2000    **Nuovo J**. The Shoulder Prereduction vs. Postreduction Radiographs. American Family Physician, 61(9): 2822-2824.
23. 2000    **Nuovo J**. [AFP 50 Years Ago] A Cancer Finding Team. American Family Physician, 61(12): 3531-3534.
24. 2000    **Nuovo J**. Tempering the Enthusiasm for COX-2 Inhibitors. American Family Physician, 61(12): 3560-3563.
25. 2000    **Nuovo J,** Melnikow J. [ACP Journal Club--Commentary] Review: The Extended-Tip Spatula is More Effective than the Ayre's Spatula for Detecting Karyosis in Cervical Smears. Evidence Based Medicine, 30.
26. 2000    **Nuovo J**. [ACP Journal Club--Commentary] Review: Newer technologies Improve Sensitivity in Detecting Uterine Cervical Lesions but at a Substantially Increased Cost. Evidence Based Medicine, 34.
27. 2000    **Nuovo J**. Current Status of Treatment for H. Pylori Infection. American Family Physician, 62(3): 630-633.
28. 2000    **Nuovo J**. Beta Blockade in Patients with CHF of Mixed Causes. American Family Physician, 62(3): 643-644.
29. 2000    Efficacy and Tolerability of Orlistat in Obese Patients. American Family Physician, 62(3): 649-650.
30. 2000    **Nuovo J**. Use of Opiate Analgesics for Acute Abdominal Pain. American Family Physician, 62(9): 2122.
31. 2000    **Nuovo J**. Asymptomatic Contacts of Patients with Scabies. American Family Physician, 62(10): 2317.
32. 2000    **Nuovo J**. Fluoxetine for Depression in Patients with Diabetes. American Family Physician, 62(10): 2336.
33. 2000    **Nuovo J**. Using Adhesives for Laceration Repair During Sports Events. American Family Physician, 62(10): 2338.
34. 2000    **Nuovo J**. Diuretics and Beta Blockers Safe to Use for Dyslipidemia. American Family Physician, 62(10): 3148.
35. 2001    **Nuovo J**. Diagnosis and Management of Nonalcoholic Steatohepatitis. American Family Physician, 63(1): 133.
36. 2001    **Nuovo J**. Efficacy of Methylphendiate in Various Clinical Conditions. American Family Physician, 63(1): 144.
37. 2001    **Nuovo J**. Detection of Colon Cancer with a Magnetic Resonance Technique. American Family Physician, 63(2): 352.
38. 2001    **Nuovo J**. Treatment of Benign Paroxysmal Vertigo. American Family Physician, 63(2): 357.
39. 2001    **Nuovo J**. Chronic Corticosteroid use in Patients with COPD. American Family Physician, 63(2): 364.
40. 2001    **Nuovo J**. Helical CT for the Diagnosis of Colonic Angiodysplasia. American Family Physician, 63(3): 531.
41. 2001    Melnikow J, **Nuovo J**. [ACP Journal Club] A Higher Level of Human Papilomavirus 16 DNA was Associated with an Increase Risk for Cervical Carcinoma in Situ. Evidence Based Medicine, 34-35.
42. 2001    **Nuovo J**. Management of Acute Gallstone Cholangitis. American Family Physician, 64(6): 1082-1084.
43. 2001    **Nuovo J**. Botulinum Toxin for Relief of Chronic Low Back Pain. American Family Physician, 64(12): 2004-2005.

44. 2003        Author reply. LEEP in the family practice setting. J Am Board Fam Practice, 16(4): 360; reply 360-1.
45. 2008        Commentary by **Nuovo, J**. Sex Discrimination in Selection for Residency. Virtual Mentor, 10(7): 439-443.
46. 2010        Commentary by **Nuovo** on. Adverse effects if treatment in randomized controlled trials are variably and inconsistently reported. (Reporting of Safety results in published reports of randomized controlled trials. Pitrou I, Boutron I, Ahmad N, Ravaud P. Arch Intern Med). Evidence-Based Medicine, 15(2): 60.

**Limited Distribution**

1. 1993        **Nuovo J**. The Role of Dietary Fiber in the Management of Patients with Hypercholesterolemia. [Monograph 2-7] M.E.D. Communications.
2. 1998        **Nuovo J**, Sweha A In R.B. Taylor (Ed.). Ischemic heart disease. Fundamentals of Family Medicine: The Family Medicine Clerkship Textbook Second Edition, New York: Springer-Verlag., 246-277.
3. 2002        **Nuovo J**. Evaluation and Management of Abnormal Pap Smear. Primary Care Reports, 8(4): 29-36.
4. 2003        **Nuovo J**. Ischemic Heart Disease. Fundamentals of Family Medicine; The Family Medicine Clerkship Textbook Third Edition, New York: Springer-Verlag, 242-269.

**Abstracts**

1. 2001        Melnikow J, Patemiti D, Henderson S, **Nuovo J,** Degregorio M, Kuppermann M, Nease R. Tamoxifen for breast cancer risk reduction: Women's perspectives. Journal of General Internal Medicine, 16(1): 230.
2. 2001        **Nuovo J,** Melnikow J, Cheng D. Reporting number needed to treat and number needed to harm in randomized controlled trials. JAMA Fourth International Congress on Peer Review on Biomedical Publication 15.
3. 2003         **Nuovo J,** Balsbaugh T, Barton S, Seibles J, Levich B, Davidson E. Use of Tele form Technology to Establish a Research Database for a Chronic Disease Management Program.
4. 2003        Melnikow J, Berger C, Paterniti D, **Nuovo J,** Kuenneth C. Breast Cancer Concern and Sources of Breast Cancer Information. Society of General Internal Medicine 26th Annual Meeting Journal of General Internal Medicine, 18(supp 1): 303.
5. 2003        Melnikow J, Paterniti D, **Nuovo J,** Kuenneth C, Birch S, Kupperman M, Azari R, DeGregorio M. Tamoxifen for Breast Cancer Risk Reduction: Is it acceptable to Women at Risk? Society of General Internal Medicine 26th Annual Meeting Journal of General Internal Medicine, 18(supp 1): 303.
6. 2003        Crichlow R, Melnikow J, **Nuovo J**. Race in the Gail Model of Breast Cancer. Journal of General Internal Medicine, 18(supp 1): 171.
7. 2004        **Nuovo J,** Bertakis K, Azari R. The utility of the Davis observation code (DOC) scores in assessing resident's communication and patient care

skills: Relationship of rotation evaluations, objective structured clinical examination (OSCE) scores, and results from the in-training examination. 2004 ACGME Annual Education Conference, The Marvin R. Dunn Poster Session, P7.

8.  2004    Flores C, **Nuovo J,** Brunader R, Rooney M. Chronic Non-malignant Pain Management: Knowledge and Attitudes of Family Practice Residents. 30th Annual Education Conference. Asilomar Conference Grounds, Pacific Grove, California.

9.  2004    **Nuovo J,** Sather C. Reporting Methods of Adverse Events in Randomized Controlled Trials. Fifth International Congress on Peer Review and Biomedical Publication JAMA.

10. 2007    **Nuovo J,** Balsbaugh T, Lee M, Isidro J. The UC Davis Health System's 6-Year Experience With A Web-Based Patient Sign-Out System (PASS).

11. 2009    Munroe J, **Nuovo J,** Dimand P. More Than Just Signout: Redesigned Handoff System Provides Program Flexibility and Unexpected Multi-Functionality.

12. 2009    **Nuovo J**. The Convergence of Impact Factor and Media Attention on Discussions Between Doctors and Their Patients: The Case of Rosiglitazone. International Congress on Peer Review and Biomedical Publication. September 10-12, 2009. Vancouver, BC, Canada.

13. 2010    Seritan, AL, Jennings J, **Nuovo J**. Medical Student Wellness: Development of a New Program. Presented at the Western Group on Educational Affairs, AAMC, Asilomar, CA. April 25-27, 2010.

## Presentations

1.  1983    The History of Digitalis, Department of Family Practice Tenth Anniversary Meeting, Madigan Army Medical Center, Tacoma, Washington.

2.  1983    The Importance of an Understanding to the History of Medicine, Tacoma Pierce County Medical Society Meeting, Tacoma, Washington.

3.  1985    Problems with Research in Primary Care, 11th Annual Meeting of the Uniformed Services Academy of Family Practice, Williamsburg, Virginia.

4.  1985    High-Risk Obstetrics for Family Physicians, North American Primary Care Research Group Meeting, Seattle, Washington.

5.  1985    Overanxious Parents, American Academy of Family Physicians' Meeting, Anaheim, California.

6.  1986    Pseudohypertension in the Elderly, North American Primary Care Research Group, Baltimore, Maryland.

7.  1987    Exercise Treadmill Testing Workshop, Annual Family Practice Review Course 1987-1991, Seattle, Washington.

8.  1993    And Now A Word From Our Sponsor, Annual Family Practice Residents Retreat and Research Conference, Pacific Grove, California.

9.  1994    Colposcopy, Annual Family Practice Residents' Retreat and Research Conference, Pacific Grove, California.

10. 1994    Improving The Quality Of Teaching, Faculty Development Seminar Department of Family Practice, San Joaquin General Hospital, Stockton, California.
11. 1994    Common Gynecological Problems For The General Internist, Advances in Internal Medicine, Monterey, California.
12. 1994    Update On Ambulatory Gynecology, San Joaquin General Hospital, Stockton, California.
13. 1995    Common End Disorders, Contemporary Forums/Contraceptive Technology, San Francisco, California.
14. 1995    Evaluation and Treatment of Depression, Contemporary Forums/ Contraceptive Technology, San Francisco, California.
15. 1995    Common Gynecological Infections, Mercy General Hospital, Sacramento, California.
16. 1995    Innovative Ideas Workshop: A Combined Residency in Family Practice and General Surgery, Association of Family Practice Residency Directors, Kansas City, Missouri.
17. 1995    Cervicography, Poster Presentation, Cancer Research Symposium, Sacramento, California.
18. 1995    How To Run A Family Practice Residency Program, Visiting Russian Physicians, Sacramento, California.
19. 1996    Colposcopy, Annual Family Practice Residents' Retreat and Research Conference, Pacific Grove, California.
20. 1997    Combined Family Practice/Psychiatry Training, 15th Annual Meeting of the American Psychiatry Association, San Diego, California.
21. 1997    Combined Family Practice/Obstetrics Training, Annual Meeting of the Association of Family Practice Residency Directors, Kansas City, Missouri.
22. 1998    Combined Family Practice/Psychiatry Training, Exploratory Conference University of California, San Francisco Department of Psychiatry, Fresno, California.
23. 1998    Song-Brown Presentations, California Health Manpower Policy Commission, San Francisco, California.
24. 1999    How to Teach Evidence-Based Clinic Practice Workshop, McGill University, Ontario, Canada.
25. 1999    Sexual Misconduct Between Patients and Non-Therapist Physicians I, Medical Board of California.
26. 1999    Sexual Misconduct Between Patients and Non-Therapist Physicians II, Medical Board of California.
27. 2000    Song-Brown Presentation, California Health Manpower Policy Commission, San Francisco, California.
28. 2002    September, Song-Brown Presentation, California Health Manpower Policy Commission, San Francisco, CA.
29. 2003    September, Song- Brown Presentation, California Health Manpower Policy Commission, San Francisco, CA.
30. 2004    February, Cardiovascular Diseases Prevention Forum, Sacramento, CA.
31. 2004    March, Marvin R. Dunn Poster Session "Initiatives in GME:

       Teaching and Assessing the Competencies; Implementing the Duty
       Hours Requirements". The 2004 ACGME Annual Conference,
       Chicago, Illinois.

32. 2004     December, Nutrition and Chronic Illness: Impact on Bone Disease,
       Obesity, Diabetes and Heart Disease, 4th Annual UC Davis
       Endocrinology Conference, Napa, California.

33. 2005     Reporting adverse events in randomized controlled trials,
International Congress on Peer Review and Biomedical Publication hosted by
JAMA and the BMJ Publishing Group, Chicago, Illinois.

34. 2005     University of California, Davis Network of Affiliated Family Medicine
       Residency Program, 30th Annual Network Education Conference,
       Diabetes Presentation, Asilomar Conference Grounds, Monterey
       Bay, California.

35. 2007     Development of a resident wellness program, Marvin R. Dunn
Poster Session for the ACGME's Annual Education Conference, Kissimmee,
Florida.

36. 2007     Implementation of a Chronic Disease Rotation for Family Medicine
Residents, Society of Teachers of Family Medicine Annual Conference,
Chicago, Illinois.

37. 2008     April, Campus Authors Celebration, Peter J. Shields Library, Davis,
CA.

38. 2009     September 10, The Convergence of Impact Factor and Media
       Attention on Discussions Between Doctors and Their Patients: The
       Case of Rosiglitazone, International Congress on Peer Review and
       Biomedical Publication. Vancouver, BC, Canada. September 10-12,
       2009.

39. 2010     March 26, Overview of Diabetes, California State University,
Sacramento.

40. 2010     April 25, Medical Student Wellness: The Development of a New
       Program, AAMC Western Group on Educational Affairs (WGEA).
       Asilomar Conference Center, Pacific Grove, CA. April 25 - 27.

41. 2012     November 13, Development of a Diabetes Self-Management
       Education Program Delivered via Telemedicine to Rural
       Communities in California 2009/2012. Annual Rural Health
       Conference 2012. California State Rural Health Association,
       Southern California, Disneyland Grand Hotel.

42. 2012     November 16, UC Davis Health System Mid-Career Leadership
Program. Education Components: Residency and Fellowship Programs, UC
Davis Health System, California. Faculty Workshop.

43. 2013     November 12, UC Davis Health System Mid-Career Leadership
Program. Education Components: Residency and Fellowship
       Programs, UC Davis Health System, California. Faculty Workshop.

44. 2014     May 16, UC Davis Health System Mid-Career Leadership Program.
Education Components: Residency and Fellowship Programs, UC Davis
Health System, California. Faculty Workshop.

45. 2015     February 5, UC Davis Health System Mid-Career Leadership
Program. Education Components: Residency and Fellowship

45. 2016        Programs, UC Davis Health System, California. Faculty Workshop.
                March 16, UC Davis Health System Mid-Career Leadership
                Program. Education Components: Residency and Fellowship
                Programs, UC Davis Health System, California. Faculty Workshop.

*46. 2017       April 5, UC Davis Health System Mid-Career Leadership Program.
                Education Components: Residency and Fellowship Programs, UC
                Davis Health System, California. Faculty Workshop.

# Publications: Additional Information

### Recognition

***Newsline***, Federation of State Medical Boards of the United States, Inc. Included
and article about "California Medical Board Promotes Telemedicine to Improve
Access to Quality Care and to Reduce Health Care Disparities in Underserved
Areas." September/October 2009, page 3
***Medical Board of California Newsletter***, article about "Medical Board of
California Promotes Telemedicine to Improve Access to Quality Care and to
Reduce Disparities in Diabetes through Telemedicine for Underserved
Communities." October 2009, Volume 112 page 1 and continued on page 5.

### Posters

11/2012 Compliance with Duty Hours and Fatigue Management Requirements,
Group on Regional Medical Campuses, Association of American Medical
Colleges. 2012 AAMC Annual Meeting in San Francisco, California. **Nuovo J**,
Dimand P, Munroe J- Big Tomato Tech, Andrews F - Interactive Game Designer.

03/2013 Annual Integrating Quality Symposium: Linking Educational and Clinical
Excellence. Establishing Electronic Medical Record Competency Testing for UC
Davis PGY-1 Residents. **Nuovo J**, Hutchinson D, Balsbaugh T, Keenan C.
University of California, Davis.

### Applications - Phones & Computers

2011        eHandoff, Medical handoff. **Nuovo J**, Dimand P, Munroe J, Big
            Tomato Tech.
2012        Clock Jockey, Duty hour monitoring. **Nuovo J**, Dimand P, Munroe
            J, Big Tomato Tech.
2014        Ecotime, Duty hour monitoring. **Nuovo J**, Maurice T, Chilcott S,
            Minear M, Johnson V, Lippuner E, Shaw K.

# Honors and Awards

| | |
|---|---|
| 1975 | Summa Cum Laude, University of Vermont, Burlington, Vermont |
| 1985 | Outstanding Scientific Paper Award, AAFP 37th Assembly, Anaheim, California |
| 1986 | Teacher of the Year, Department of Family Practice, DeWitt Army Community Hospital, Fort Belvoir, Virginia |
| 1986 | Army Commendation Medal, Fort Belvoir, Virginia |
| 1987 | Outstanding Faculty Award, Department of Family and Community Medicine, University of California, Davis, Sacramento, California |

# Grants and Contracts

**Grants Completed**

**Title:** Song-Brown Capitation Application (funded annually)
**Agency:** State of California, Office of Statewide Health Planning and Development **Grant No.:**
**Amount:** $154,845
**Date(s):** 07/01/1992 - 06/30/2001
**PI/Co-PI:** Principal Investigator
**Type:** Research
**Status:** Completed
**Title:** Graduate Training in Family Medicine
**Agency:** DHHS, Health Services and Resources Administration, Division of Medicine
**Grant No.:**
**Amount:** $374,951
**Date(s):** 07/01/1995 - 06/30/1998
**PI/Co-PI:** Principal Investigator
**Type:** Research
**Status:** Completed
**Title:** Graduate Training in Family Medicine
**Agency:** DHHS, Health Services and Resources Administration, Division of Medicine
**Grant No.:**
**Amount:** $464,038
**Date(s):** 07/01/1998 - 06/30/2001
**PI/Co-PI:** Principal Investigator
**Type:** Research
**Status:** Completed
**Title:** Tamoxifen Prevention: Is It Acceptable to Women at Risk?
**Agency:** California Breast Cancer Research Program
**Grant No.:** 5 PB-0110
Grants and Contracts 2
**Amount:** $321,373

**Date(s):** 07/00/1999 - 07/00/2001
**PI/Co-PI:** Co-Investigator, Joy Melnikow, M.D., M.P.H. (Principal Investigator)
**Type:** Research
**Status:** Completed
**Title:** Tamoxifen Prevention of Breast Cancer: Acceptance and Cost-Effectiveness
**Agency:** National Cancer Institute **Grant No.:** R01 CA86043
**Amount:** $577,591
**Date(s):** 04/01/2000 - 03/31/2003
**PI/Co-PI:** Co-Investigator, Joy Melnikow, M.D., M.P.H. (Principal Investigator)
**Type:** Research
**Status:** Completed
**Title:** Song Brown Residency Programs, Special Project: Telemedicine and Rural Health
**Agency:** State of CA, Office of Statewide Health Planning and Development, CA Health Manpower Policy Comm.
**Grant No.:**
**Amount:** $66,540
**Date(s):** 07/01/2000 - 06/30/2002
**PI/Co-PI:** Principal Investigator
**Type:** Research
**Status:** Completed
**Title:** Academic Administrative Units in Primary Care
**Agency:** DHHS, Health Resources & Services Administration, Division of Medicine
**Grant No.:**
**Amount:** $246,677
**Date(s):** 01/01/2001 - 12/31/2003
**PI/Co-PI:** Co-Investigator, Klea Bertakis, M.D., M.P.H. (Principal Investigator)
**Type:** Research
**Status:** Completed
**Title:** Residency Training in Family Medicine: Quality of Care Improvement
**Agency:** DHHS, Division of Medicine, Bureau of Health Professions
Grants and Contracts 3 **Grant No.:**
**Amount:** $420,000
**Date(s):** 07/01/2001 - 06/30/2004
**PI/Co-PI:** Principal Investigator
**Type:** Research
**Status:** Completed
**Title:** Academic Administrative Units Support: Development of a Network Family Practice Research Consortium
**Agency:** DHHS, Division of Medicine, Bureau of Health Professions **Grant No.:**
**Amount:** $266,411
**Date(s):** 09/01/2001 - 08/31/2004
**PI/Co-PI:** Co-Investigator, K. Bertakis, MD., MPH. (Principal Investigator)

**Type:** Research
**Status:** Completed
**Title:** Song-Brown Residency Program, Special Project, Obstetrics Quality of Care Project
**Agency:** State of California, Office of Statewide Health Planning and Development **Grant No.:**
**Amount:** $100,000
**Date(s):** 07/01/2002 - 06/30/2004
**PI/Co-PI:** Principal Investigator
**Type:** Research
**Status:** Completed
**Title:** Take Care to Learn: Teaching Clinical Care Management
**Agency:** Robert Wood Johnson Foundation, through the Partnership for Quality Education
**Grant No.:**
**Amount:** $315,000
**Date(s):** 01/01/2002 - 12/31/2003
**PI/Co-PI:** Principal Investigator
**Type:** Research
**Status:** Completed
**Title:** Song-Brown Family Physician Training Program
Grants and Contracts 4
**Agency:** California Office of Statewide Health Planning and Development, California
Health Manpower Policy Co
**Grant No.:** 02-54235
**Amount:** $103,230
**Date(s):** 07/01/2002 - 06/30/2005
**PI/Co-PI:** Principal Investigator
**Type:** Research
**Status:** Completed
**Title:** Song-Brown Family Physician Training Program
**Agency:** California Office of Statewide Health Planning and Development, California
Health Manpower Policy Co
**Grant No.:** 03-3018
**Amount:** $137,640
**Date(s):** 07/01/2003 - 06/30/2006
**PI/Co-PI:** Principal Investigator
**Type:** Research
**Status:** Completed
**Title:** Achieving Competence Today II (ACT)
**Agency:** Robert Wood Johnson Foundation **Grant No.:** 8016
**Amount:** $25,000
**Date(s):** 10/01/2004 - 06/30/2005
**PI/Co-PI:** Principal Investigator

**Type:** Research
**Status:** Completed
**Title:** Residency Training in Family Medicine: Aligning Curriculum with Core Competencies
**Agency:** DHHS, Division of Medicine, Bureau of Health Professions **Grant No.:**
**Amount:** $522,512
**Date(s):** 07/01/2004 - 06/30/2007
**PI/Co-PI:** Principal Investigator
**Type:** Research
**Status:** Completed
Grants and Contracts 5
**Title:** Residency Training in Primary Care
**Agency:** DHHS, Health Resources and Services Administration **Grant No.:** D58HP00231
**Amount:** $564,308
**Date(s):** 07/01/2004 - 06/30/2007
**PI/Co-PI:** Principal Investigator
**Goal:** 1. To redesign the Residency Program's evaluation system to determine if residents are achieving learning objectives and ACGME core competencies, and 2. to develop, implement, and evaluate new behavioral medicine curriculum that teaches how to promote health behavior changes with patients. **Type:** Research
**Status:** Completed
**Title:** Development of an Asthma patient registries and point of care tools in the EMR
**Agency:** Chester Robbins Endowment: Asthma **Grant No.:**
**Amount:** $30,000
**Date(s):** 07/01/2004 - 06/30/2006
**PI/Co-PI:** Principal Investigator
**Type:** Research
**Status:** Completed
**Title:** Patient Readiness to Change: targeted Interventions for Providers and Patients with Diabetes
**Agency:** California HealthCare Foundation **Grant No.:** 04-1320
**Amount:** $200,000
**Date(s):** 01/01/2005 - 04/30/2006
**PI/Co-PI:** Principal Investigator
**Type:** Research
**Status:** Completed
**Title:** UCDHS Chronic Disease Management Center
**Agency:** UCD Health System **Grant No.:**
**Amount:** $375,110
Grants and Contracts 6
**Date(s):** 07/01/2005 - 06/30/2006

**PI/Co-PI:** Principal Investigator
**Type:** Research
**Status:** Completed
**Title:** UCDHS Chronic Disease Management Center
**Agency:** UCD Health System **Grant No.:**
**Amount:** $448,034
**Date(s):** 07/01/2006 - 06/30/2007
**PI/Co-PI:** Principal Investigator
**Type:** Research
**Status:** Completed **Title:** Pay
for Performance **Agency:**
UCD Health System **Grant
No.:**
**Amount:** $59,635
**Date(s):** 07/01/2006 - 06/30/2007
**PI/Co-PI:** Principal Investigator
**Type:** Research
**Status:** Completed
**Title:** Pay for Performance **Agency:**
UCD Health System **Grant No.:**
**Amount:** $41,179
**Date(s):** 07/01/2007 - 05/30/2008
**PI/Co-PI:** Principal Investigator
**Goal:** To develop and distribute patient registries, reports and report cards for
UCDHS primary care physicians on patient care measures include in
the Pay for Performance program. Reports will be designed to provide
information on patients needing follow-up care that will result in improved Pay
for Performance outcome measures.
**Type:** Research
**Status:** Completed
**Title:** UCDHS Chronic Disease Management Center
Grants and Contracts 7 **Agency:**
UCD Health System **Grant No.:**
**Amount:** $445,068
**Date(s):** 07/01/2007 - 06/30/2008
**PI/Co-PI:** Principal Investigator
**Goal:** 1) To improve the health of patients with chronic illnesses seen in the UC
Davis Health System and 2) to develop a more effective and cost-efficient
system of delivering care to patients with chronic illnesses. Diseases targeted
initially include diabetes, asthma, congestive heart failure, and coronary artery
disease. **Type:** Research
**Status:** Completed
**Title:** Diabetes Self Management education via Telemedicine for Rural and
Underserved Populations **Agency:**
California Medical Board **Grant
No.:**
**Amount:** $1,213,521

**Date(s):** 07/01/2009 - 06/30/2010
**PI/Co-PI:** Principal Investigator, J. Nuovo (Principal Investigator)
**Goal:** The UCDHS Chronic Disease Management Program, in collaboration with the UCDHS Center for Health and Technology, is developing a telemedicine model for the provision of modern diabetes self-management education and training classes for patients with diabetes living in a 33 county area of rural, underserved communities in northern and central California.
**Type:** Research
**Status:** Completed
**Title:** Increasing Rural Community Engagement in Telehealth Research
**Agency:** NIH / National Center for Research Resources **Grant No.:** UL1RR024146
**Amount:** $599,019
**Date(s):** 11/01/2009 - 10/31/2011
**PI/Co-PI:** Co-Investigator, L. Berglund (Principal Investigator)
**Goal:** The goal of this project is to test a model for improving healthy behaviors among person with diabetes using telehealth encounters with nurse health coaches for patients in rural and/or medically-underserved communities.
**Type:** Research
Grants and Contracts 8
**Status:** Completed


**Teaching Contact Hours**


| | |
|---|---|
| Summer 1996 | Lecture=3.00, Discussion=120.00, Lab=0.00, Clinic=104.00 |
| Fall 1996 | Lecture=2.00, Discussion=120.00, Lab=0.00, Clinic=98.00 |
| Winter 1997 | Lecture=3.00, Discussion=160.00, Lab=0.00, Clinic=98.00 |
| Spring 1997 | Lecture=3.00, Discussion=160.00, Lab=0.00, Clinic=98.00 |
| Summer 1997 | Lecture=2.00, Discussion=120.00, Lab=0.00, Clinic=98.00 |
| Fall 1997 | Lecture=2.00, Discussion=120.00, Lab=0.00, Clinic=98.00 |
| Winter 1998 | Lecture=4.00, Discussion=160.00, Lab=0.00, Clinic=98.00 |
| Spring 1998 | Lecture=4.00, Discussion=160.00, Lab=0.00, Clinic=98.00 |
| Summer 1998 | Lecture=4.00, Discussion=120.00, Lab=0.00, Clinic=98.00 |
| Fall 1998 | Lecture=4.00, Discussion=120.00, Lab=0.00, Clinic=98.00 |
| Winter 1999 | Lecture=4.00, Discussion=160.00, Lab=0.00, Clinic=98.00 |
| Spring 1999 | Lecture=4.00, Discussion=160.00, Lab=0.00, Clinic=98.00 |
| Summer 1999 | Lecture=4.00, Discussion=120.00, Lab=0.00, Clinic=98.00 |
| Fall 1999 | Lecture=4.00, Discussion=120.00, Lab=0.00, Clinic=98.00 |
| Winter 2000 | Lecture=4.00, Discussion=160.00, Lab=0.00, Clinic=98.00 |
| Spring 2000 | Lecture=4.00, Discussion=160.00, Lab=0.00, Clinic=98.00 |
| Summer 2000 | Lecture=4.00, Discussion=120.00, Lab=0.00, Clinic=98.00 |
| Fall 2000 | Lecture=4.00, Discussion=120.00, Lab=0.00, Clinic=98.00 |
| Winter 2001 | Lecture=4.00, Discussion=160.00, Lab=0.00, Clinic=98.00 |
| Spring 2001 | Lecture=4.00, Discussion=160.00, Lab=0.00, Clinic=98.00 |

Summer 2001     Lecture=4.00, Discussion=160.00, Lab=0.00, Clinic=98.00
Fall 2001       Lecture=4.00, Discussion=160.00, Lab=0.00, Clinic=98.00
Spring 2002     Lecture=4.00, Discussion=140.00, Lab=0.00, Clinic=98.00
Winter 2002     Lecture=4.00, Discussion=140.00, Lab=0.00, Clinic=98.00
Spring 2003     Lecture=4.00, Discussion=140.00, Lab=0.00, Clinic=98.00
Winter 2003     Lecture=4.00, Discussion=140.00, Lab=0.00, Clinic=98.00
Spring 2004     Lecture=4.00, Discussion=140.00, Lab=0.00, Clinic=98.00
Winter 2004     Lecture=4.00, Discussion=140.00, Lab=0.00, Clinic=98.00
Spring 2005     Lecture=4.00, Discussion=140.00, Lab=0.00, Clinic=98.00
Winter 2005     Lecture=4.00, Discussion=140.00, Lab=0.00, Clinic=98.00
Spring 2006     Lecture=4.00, Discussion=140.00, Lab=0.00, Clinic=98.00
Summer 2006     Lecture=4.00, Discussion=140.00, Lab=0.00, Clinic=98.00
Winter 2006     Lecture=4.00, Discussion=140.00, Lab=0.00, Clinic=98.00
Fall 2006       Lecture=4.00, Discussion=140.00, Lab=0.00, Clinic=98.00
Spring 2007     Lecture=4.00, Discussion=140.00, Lab=0.00, Clinic=98.00
Summer 2007     Lecture=4.00, Discussion=140.00, Lab=0.00, Clinic=98.00
Winter 2007     Lecture=4.00, Discussion=140.00, Lab=0.00, Clinic=98.00
Fall 2007       Lecture=4.00, Discussion=140.00, Lab=0.00, Clinic=98.00
Spring 2008     Lecture=4.00, Discussion=140.00, Lab=0.00, Clinic=98.00
Summer 2008     Lecture=4.00, Discussion=140.00, Lab=0.00, Clinic=98.00
Winter 2008     Lecture=4.00, Discussion=140.00, Lab=0.00, Clinic=98.00
Fall 2008       Lecture=4.00, Discussion=140.00, Lab=0.00, Clinic=98.00
Spring 2009     Lecture=4.00, Discussion=80.00, Lab=0.00, Clinic=98.00
Summer 2009     Lecture=4.00, Discussion=80.00, Lab=0.00, Clinic=98.00
Winter 2009     Lecture=4.00, Discussion=80.00, Lab=0.00, Clinic=98.00
Fall 2009       Lecture=4.00, Discussion=80.00, Lab=0.00, Clinic=98.00
Spring 2010     Lecture=4.00, Discussion=80.00, Lab=0.00, Clinic=98.00
Summer 2010     Lecture=4.00, Discussion=80.00, Lab=0.00, Clinic=98.00
Winter 2010     Lecture=4.00, Discussion=80.00, Lab=0.00, Clinic=98.00
Fall 2010       Lecture=4.00, Discussion=80.00, Lab=0.00, Clinic=98.00
2010-2011       Lecture=16.00, Discussion=80.00, Lab=0.00, Clinic=392.00
2011-2012       Lecture=16.00, Discussion=80.00, Lab=0.00, Clinic=392.00
2012-2013     Lecture=16.00, Discussion=80.00, Lab=0.00, Clinic=392.00 2013-
2014   Lecture=16.00, Discussion=80.00, Lab=0.00, Clinic=392.00

**Courses**

1996            Winter Quarter, Course Number=FAP400, Patient Evaluation,
                Units=2, Undergraduate Count=0, Graduate Count=93
1997            Winter Quarter, Course Number=FAP400, Patient Evaluation,
                Units=2, Undergraduate Count=0, Graduate Count=93
1997            Spring Quarter, Course Number=FAP400, Patient Evaluation,
                Units=2, Undergraduate Count=0, Graduate Count=93
1998            Winter Quarter, Course Number=FAP400, Patient Evaluation,
                Units=2, Undergraduate Count=0, Graduate Count=93

| 1998 | Spring Quarter, Course Number=FAP400, Patient Evaluation, Units=2, Undergraduate Count=0, Graduate Count=93 |
| 1999 | Winter Quarter, Course Number=FAP400, Patient Evaluation, Units=2, Undergraduate Count=0, Graduate Count=93 |
| 1999 | Spring Quarter, Course Number=FAP400, Patient Evaluation, Units=2, Undergraduate Count=0, Graduate Count=93 |
| 2000 | Winter Quarter, Course Number=FAP400, Patient Evaluation, Units=2, Undergraduate Count=0, Graduate Count=93 |
| 2000 | Spring Quarter, Course Number=FAP400, Patient Evaluation, Units=2, Undergraduate Count=0, Graduate Count=93 |
| 2001 | Winter Quarter, Course Number=FAP400, Patient Evaluation, Units=2, Undergraduate Count=0, Graduate Count=93 |
| 2001 | Spring Quarter, Course Number=FAP400, Patient Evaluation, Units=2, Undergraduate Count=0, Graduate Count=93 |
| 2002 | Spring Quarter, Course Number=FAP400, Patient Evaluation, Units=2, Undergraduate Count=0, Graduate Count=93 |
| 2003 | Winter Quarter, Course Number=FAP400, Patient Evaluation, Units=2, Undergraduate Count=0, Graduate Count=93, Percentage Effort=16 |
| 2003 | Spring Quarter, Course Number=FAP400, Patient Evaluation, Units=2, Undergraduate Count=0, Graduate Count=93, Percentage Effort=16 |
| 2004 | Winter Quarter, Course Number=FAP400, Patient Evaluation, Units=2, Undergraduate Count=0, Graduate Count=93, Percentage Effort=16 |
| 2004 | Spring Quarter, Course Number=FAP400, Patient Evaluation, Units=2, Undergraduate Count=0, Graduate Count=93, Percentage Effort=16 |
| 2005 | Winter Quarter, Course Number=MDS411, Doctoring 1, Undergraduate Count=0, Graduate Count=0 |
| 2005 | Spring Quarter, Course Number=MDS411, Doctoring 1, Undergraduate Count=0, Graduate Count=0 |
| 2006 | Winter Quarter, Doctoring 1, Undergraduate Count=0, Graduate Count=0 |
| 2006 | Spring Quarter, Doctoring 1, Undergraduate Count=0, Graduate Count=0 |
| 2007 | Winter Quarter, Doctoring 1, Undergraduate Count=0, Graduate Count=0 |
| 2007 | Spring Quarter, Doctoring 1, Undergraduate Count=0, Graduate Count=0 |

**Student Advising**

2003 - 2004  Number of undergraduates advisees: (0), Number of graduates advisees: (4)

2004 - 2005  Number of undergraduates advisees: (0), Number of graduates advisees: (4)

2005 - 2006  Number of undergraduates advisees: (0), Number of graduates advisees: (4)

2006 - 2007  Number of undergraduates advisees: (0), Number of graduates advisees: (3)

2007 - 2008  Number of undergraduates advisees: (400), Number of graduates advisees: (3)

2008 - 2009  Number of undergraduate advisees: (400), Number of graduate advisees: (3)

2009 - 2010  Number of undergraduate advisees: (400), Number of graduate advisees: (3)

2010 - 2011  Number of undergraduate advisees: (0), Number of graduate advisees: (3)

2011 - 2012  Number of undergraduate advisees: (0), Number of graduate advisees: (3)

2012 - 2013  Number of undergraduate advisees: (0), Number of graduate advisees: (3)

2013 - 2014  Number of undergraduate advisees: (0), Number of graduate advisees: (3)

2014 - 2015  Number of undergraduate advisees: (0), Number of graduate advisees: (3)

2015 - 2016  Number of undergraduate advisees: (0), Number of graduate advisees: (3)

2016 - 2017  Number of undergraduate advisees: (0), Number of graduate advisees: (3)