UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY HØEG, et al., | No. 2:22-cv-01980 WBS AC |
| Plaintiffs, | |
| v. | ORDER |
| GAVIN NEWSOM et al., | |
| Defendants. | |

----oo0oo----

A Voice For Choice Advocacy, Inc. moves for leave to file an amicus curiae brief in support of plaintiffs' motion for preliminary junction. (Docket No. 28.) In light of the parties' agreement, the motion is GRANTED. Oral argument on the motion for preliminary junction will remain scheduled for January 23, 2023.[1]

Dated: January 3, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] The court notes that A Voice For Choice does not request to participate in oral argument, and no such leave is granted by this Order.

1