LAURA B. POWELL (CA Bar 240853)
2120 Contra Costa Blvd. #1046
Pleasant Hill, CA 94523
Telephone: (510) 457-1042
laura@laurabpowell.com
*Local Counsel*

GREGORY DOLIN (admitted *pro hac vice*)
JENIN YOUNES* (admitted *pro hac vice*)
NEW CIVIL LIBERTIES ALLIANCE
1225 19th Street NW, Suite 450
Washington, DC 20036
Telephone: (202) 869-5210
Facsimile: (202) 869-5238
jenin.younes@ncla.legal
**Designated Counsel for Service*

*Attorneys for Plaintiffs*

ROB BONTA
Attorney General of California
STEVE DIEHL, State Bar No. 235250
ANYA M. BINSACCA, State Bar No. 189613
Supervising Deputy Attorneys General
MEGAN O'CARROLL, State Bar No. 215479
KRISTIN A. LISKA, State Bar No. 315994
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3916
  Fax:  (415) 703-5480
  E-mail:  Kristin.Liska@doj.ca.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY HOEG, *et al.* | Case No. 2:22-cv-1980 |
| Plaintiffs, | |
| vs. | **JOINT STATUS REPORT** |
| GAVIN NEWSOM, *et al.* | |
| Defendants. | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order dated November 2, 2022, the parties hereby respectfully submit a Joint Status Report setting forth their recommendations:

Following a phone conference between the attorneys on February 14, 2023, the parties request a continuance, and that the joint status conference take place on April 10, 2023.

Defendants' position is that *McDonald v. Lawson*, Nos. 22-56220 and 23-55069, which challenges the same law at issue here on similar grounds and is currently being appealed by Plaintiffs in the Ninth Circuit, should be resolved before proceedings in this case continue.

///

///

///

Plaintiffs are not in agreement and intend to file a summary judgment motion given this Court's January 25, 2023 preliminary injunction, but consent to the continuance as that will not interfere with filing such a motion.

Respectfully Submitted,

Dated: February 14, 2023

/s/ Jenin Younes
Jenin Younes (admitted *pro hac vice*)
Gregory Dolin (admitted *pro hac vice*)
NEW CIVIL LIBERTIES ALLIANCE
1225 19th St. NW, Suite 450
Washington, D.C. 20036
Jenin.younes@ncla.legal
Tel: (202) 918-6905

/s/ Laura B. Powell
2120 Contra Costa Blvd. #1046
Pleasant Hill, CA 94523
Telephone: (510) 457-1042
laura@laurabpowell.com

*Counsel for Plaintiffs*

Dated: February 14, 2023

ROB BONTA
Attorney General of California
STEVE DAHL
ANYA M. BINSACCA
Supervising Deputy Attorneys General
MEGAN O'CARROLL
Deputy Attorney General

 /s/ Kristin Liska
KRISTIN A. LISKA
Deputy Attorney General
*Attorneys for Defendants*