UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

TRACY HØEG, *et al.*

        Plaintiffs,

vs.

GAVIN NEWSOM, *et al.*

        Defendants.

Case No. 2:22-cv-1980 WBS

**ORDER**

Having considered Plaintiffs' and Defendants' stipulation requesting a continuance date for the scheduling conference of February 27, 2023, it is hereby ORDERED that the motion is **GRANTED**. The Scheduling Conference is reset for **April 10, 2023 at 1:30 p.m.** A joint status report shall be filed no later than **March 27, 2023** in accordance with the Court's Order Re: Status (Pretrial Scheduling) Conference filed November 2, 2022 (Docket No. 4).

**IT IS SO ORDERED**

Dated: February 16, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE