ROB BONTA, State Bar No. 202668
Attorney General of California
STEVE DIEHL, State Bar No. 235250
ANYA M. BINSACCA, State Bar No. 189613
Supervising Deputy Attorneys General
MEGAN O'CARROLL, State Bar No. 215479
KRISTIN A. LISKA, State Bar No. 315994
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3916
  Fax:  (415) 703-5480
  E-mail:  Kristin.Liska@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRACY HØEG, M.D., Ph.D., RAM DURISETI, M.D., Ph.D., AARON KHERIATY, M.D., PETE MAZOLEWSKI, M.D., and AZADEH KHATIBI, M.D., M.S., M.P.H.,**<br><br>                        Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, Governor of the State of California, in his official capacity; KRISTINA LAWSON, President of the Medical Board of California, ) JURY TRIAL DEMANDED in her official capacity; RANDY HAWKINS, M.D., Vice President of the Medical Board of California, in his official capacity; LAURIE ROSE LUBIANO, Secretary of the Medical Board of California, in her official capacity; MICHELLE ANNE BHOLAT, M.D., M.P.H., DAVID E. RYU, RYAN BROOKS, JAMES M. HEALZER, M.D., ASIF MAHMOOD, M.D., NICOLE A. JEONG, RICHARD E. THORP, M.D., VELING TSAI, M.D., and ESERICK WATKINS, members of the Medical Board of California, in their official capacities; and ROB BONTA, Attorney General of California, in his official capacity,,**<br><br>                        Defendants. | 2:22-cv-01980-WBS-AC<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br><br>Courtroom:  Dept. 5<br>Judge:        The Hon. William B. Shubb<br>Trial Date:  Not Scheduled<br>Action Filed:  Nov. 1, 2022 |

**STIPULATION**

This stipulation was entered into by and among Plaintiffs and Defendants, by and through their representative counsel:

WHEREAS,

1. Plaintiffs filed this action on November 1, 2022;

2. On December 8, 2022, this matter was related to *Hoang v. Bonta*, 22-CV-2147 [ECF No. 21.];

3. Plaintiffs filed a motion for a preliminary injunction, which was heard on January 23, 2023;

4. On January 25, 2023, the Court issued an Order granting Plaintiffs' motion for a preliminary injunction [ECF No. 35];

5. Per stipulation and Order, Defendants' response to the Complaint is currently due on February 24, 2023 [ECF No. 18];

6. Pending before the U.S. Court of Appeal for the Ninth Circuit are the consolidated appeals of M*cDonald, et al., v. Lawson et al.*, Appeal No. 22-56220, and *Couris, et al., v. Lawson, et al.*, Appeal No. 23-55069, (the "Consolidated Appeals"), in which physician-plaintiffs have filed similar challenges to the statute at issue in this case, AB 2098;

7. In the Consolidated Appeals, the Ninth Circuit issued a briefing schedule as follows: opening briefs due February 2, 2023, the consolidated answering brief is due March 2, 2023, and the optional reply briefs are due within 21 days after service of the consolidated answering brief;

8. Defendants maintain that good cause is established for a second extension of time to respond to the Complaint so that the parties can first obtain an opinion from the Ninth Circuit in the Consolidated Appeals in the interest of judicial economy.  This extension is the second request to extend the time for filing a responsive pleading, but will not affect any of the other dates set in this case.  Plaintiffs have expressed an intent to file a motion for summary judgment. Defendants will not oppose such a motion on the grounds that they have not yet filed an answer or other responsive pleading, but reserve the right to ask the Court to stay proceedings pending the mandate in the Consolidated Appeals.

9. This stipulated extension does not constitute a waiver of any claim, right, or defense.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel, that Defendants' response to the Complaint will be due thirty (30) days after the date the Ninth Circuit issues its mandate in the Consolidated Appeals. A proposed order is attached to this stipulation.

Dated:  February 23, 2023                              Respectfully submitted,

                                                 ROB BONTA
                                                 Attorney General of California
                                                 ANYA BINSACCA
                                                 STEVE DIEHL
                                                 Supervising Deputy Attorney General
                                                 KRISTIN A. LISKA

                                                 **/s/ Megan O'Carroll**

                                                 MEGAN R. O'CARROLL
                                                 Deputy Attorney General
                                                 *Attorneys for Defendants*
                                                 *Medical Board of California*

Dated:  February 23, 2023                              Respectfully submitted,

                                                 **/s/ Jenin Younes**[*]

                                                 JENIN YOUNES
                                                 *Counsel for Plaintiffs*

SA2022304826

---

[*] Electronic signature authorized via email, February 23, 2023.

1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  STEVE DIEHL, State Bar No. 235250
   ANYA M. BINSACCA, State Bar No. 189613
3  Supervising Deputy Attorneys General
   MEGAN O'CARROLL, State Bar No. 215479
4  KRISTIN A. LISKA, State Bar No. 315994
   Deputy Attorneys General
5    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
6    Telephone:  (415) 510-3916
     Fax:  (415) 703-5480
7    E-mail:  Kristin.Liska@doj.ca.gov
   *Attorneys for Defendants*
8

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRACY HØEG, M.D., Ph.D., RAM DURISETI, M.D., Ph.D., AARON KHERIATY, M.D., PETE MAZOLEWSKI, M.D., and AZADEH KHATIBI, M.D., M.S., M.P.H.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, Governor of the State of California, in his official capacity; KRISTINA LAWSON, President of the Medical Board of California, ) JURY TRIAL DEMANDED in her official capacity; RANDY HAWKINS, M.D., Vice President of the Medical Board of California, in his official capacity; LAURIE ROSE LUBIANO, Secretary of the Medical Board of California, in her official capacity; MICHELLE ANNE BHOLAT, M.D., M.P.H., DAVID E. RYU, RYAN BROOKS, JAMES M. HEALZER, M.D., ASIF MAHMOOD, M.D., NICOLE A. JEONG, RICHARD E. THORP, M.D., VELING TSAI, M.D., and ESERICK WATKINS, members of the Medical Board of California, in their official capacities; and ROB BONTA, Attorney General of California, in his official capacity,**<br><br>Defendants. | 2:22-cv-01980-WBS-AC<br><br>**[PROPOSED] ORDER GRANTING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

1

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED THAT:

Defendants' response to the Complaint will be due thirty (30) days after the date the U.S. Court of Appeals for the Ninth Circuit issues its mandate in the consolidated appeals of *McDonald, et al. v. Lawson, et al.*, Appeal No. 22-56200, and *Couris, et al. v. Lawson, et al.*, Appeal No. 23-55069.

**IT IS SO ORDERED.**

Dated:

                                            Honorable William B. Shubb
                                            United States District Court Judge

SA2022304826

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Hoeg, Tracy M.D., et al. v. Newsom, et al. (Civil-Federal)** | No. | **2:22-cv-01980-WBS-AC** |

I hereby certify that on <u>February 23, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**1. SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

**2. PROPOSED ORDER GRANTING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>February 23, 2023</u>, at Los Angeles, California.

| Diana Montufar | *Diana Montufar* |
|---|---|
| Declarant | Signature |

SA2022304826
65771100.docx