ROB BONTA, State Bar No. 202668
Attorney General of California
STEVE DIEHL, State Bar No. 235250
ANYA M. BINSACCA, State Bar No. 189613
Supervising Deputy Attorneys General
MEGAN O'CARROLL, State Bar No. 215479
KRISTIN A. LISKA, State Bar No. 315994
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3916
 Fax:  (415) 703-5480
 E-mail:  Kristin.Liska@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRACY HØEG, M.D., Ph.D., RAM DURISETI, M.D., Ph.D., AARON KHERIATY, M.D., PETE MAZOLEWSKI, M.D., and AZADEH KHATIBI, M.D., M.S., M.P.H.,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**GAVIN NEWSOM, Governor of the State of California, in his official capacity; KRISTINA LAWSON, President of the Medical Board of California, ) JURY TRIAL DEMANDED in her official capacity; RANDY HAWKINS, M.D., Vice President of the Medical Board of California, in his official capacity; LAURIE ROSE LUBIANO, Secretary of the Medical Board of California, in her official capacity; MICHELLE ANNE BHOLAT, M.D., M.P.H., DAVID E. RYU, RYAN BROOKS, JAMES M. HEALZER, M.D., ASIF MAHMOOD, M.D., NICOLE A. JEONG, RICHARD E. THORP, M.D., VELING TSAI, M.D., and ESERICK WATKINS, members of the Medical Board of California, in their official capacities; and ROB BONTA, Attorney General of California, in his official capacity,**<br><br>Defendants. | 2:22-cv-01980-WBS-AC<br><br>**ORDER GRANTING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

1    Pursuant to the parties' stipulation, IT IS HEREBY ORDERED THAT:

2    Defendants' response to the Complaint will be due thirty (30) days after the date the U.S.

3    Court of Appeals for the Ninth Circuit issues its mandate in the consolidated appeals of

4    *McDonald, et al. v. Lawson, et al.*, Appeal No. 22-56200, and *Couris, et al. v. Lawson, et al.*,

5    Appeal No. 23-55069.

7    **IT IS SO ORDERED.**

8    Dated:  February 27, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

24   SA2022304826