| | |
|---|---|
| 1 | ROB BONTA<br>Attorney General of California |
| 2 | ANYA M. BINSACCA, State Bar No. 189613<br>STEVE DIEHL, State Bar No. 235250 |
| 3 | Supervising Deputy Attorneys General<br>MEGAN O'CARROLL, State Bar No. 215479 |
| 4 | KRISTIN A. LISKA, State Bar No. 315994<br>Deputy Attorney General |
| 5 |   455 Golden Gate Avenue, Suite 11000<br>  San Francisco, CA  94102-7004 |
| 6 |   Telephone:  (415) 510-3916<br>  Fax:  (415) 703-5480 |
| 7 |   E-mail:  Kristin.Liska@doj.ca.gov<br>*Attorneys for Defendants* |
| 8 | |
| 9 | LAURA B. POWELL (CA Bar 240853)<br>2120 Contra Costa Blvd. #1046 |
| 10 | Pleasant Hill, CA 94523<br>Telephone: (510) 457-1042 |
| 11 | laura@laurabpowell.com<br>*Local Counsel* |
| 12 | GREGORY DOLIN (admitted *pro hac vice*)<br>JENIN YOUNES* (admitted *pro hac vice*) |
| 13 | NEW CIVIL LIBERTIES ALLIANCE<br>1225 19th Street NW, Suite 450 |
| 14 | Washington, DC 20036<br>Telephone: (202) 869-5210 |
| 15 | Facsimile: (202) 869-5238<br>jenin.younes@ncla.legal |
| 16 | *\*Designated Counsel for Service*<br>  *Attorneys for Plaintiffs* |
| 17 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **TRACY HØEG, M.D., Ph.D., et al.** | Case No. 2:22-cv-01980-WBS-AC |
| Plaintiffs, | **JOINT STATUS REPORT** |
| v. | Date: April 10, 2023<br>Time: 10:30 a.m. |
| **GAVIN NEWSOM, Governor of the State of California, in his official capacity; et al.** | Dept: 5<br>Judge: The Honorable William B. Shubb |
| Defendants. | Trial Date: Not scheduled<br>Action Filed: 11/01/2022 |

1

Pursuant to the Court's Order dated December 8, 2022, and Local Rule 240, the parties submit this joint status report:

1. On January 25, 2023, this Court issued a preliminary injunction barring enforcement of Business and Professional Code Section 2270 against the plaintiffs in this matter and in related case *Hoang v. Bonta*, 2:22-cv-2147.

2. Two additional cases have been filed raising the same challenges to the same statute. A decision by Judge Fred W. Slaughter denying similar preliminary injunctive relief in one of those cases, *McDonald et al. v. Lawson*, is currently on appeal in the Ninth Circuit (No. 22-56220). The other matter, *Couris v. Lawson* (No. 23-55069), has been consolidated on appeal with *McDonald* following the appeal of an order staying consideration of a similar preliminary injunction motion.

3. The parties stipulated to extend the Defendants' time to respond to the complaint until after the Ninth Circuit renders its decision in the consolidated appeals.

4. Both this and the *Hoang* case are set for a status conference on April 10, 2023

5. There are no additional parties that need or be joined or additional claims that Plaintiffs intend to assert.

6. Discovery has not yet commenced.

7. Plaintiffs intend to file a motion for summary judgment in this matter at an early date and likely before the Ninth Circuit decides *McDonald*.

8. It is the Defendants' position that the case should be stayed in its entirety, pending the resolution of the *McDonald* and *Couris* appeals. Defendants believe that this case is not likely to require discovery to resolve the underlying statute's constitutionality. Since the determination of the Ninth Circuit in the *Couris* and *McDonald* appeals will have a significant impact on litigation strategies and the outcome of this case, defendants' position is that this Court should wait until the pending Ninth Circuit cases are resolved and defendants have responded to the complaint for any further proceedings in this matter. Because Plaintiffs have obtained a preliminary injunction, they will suffer no harm in waiting for the Ninth Circuit's resolution before further proceedings.

9. There is no potential financial interest or other potential conflicts with the Court.

Dated: March 27, 2023

ROB BONTA
Attorney General of California
ANYA M. BINSACCA
STEVE DIEHL
Supervising Deputy Attorneys General
MEGAN O'CARROLL
Deputy Attorney General

*/s/ Kristin Liska*

KRISTIN A. LISKA
Deputy Attorney General
*Attorneys for Defendants*

Dated: March 27, 2023

/s/ *Laura B. Powell*

Laura B. Powell (CA Bar No. 240853)
2120 Contra Costa Blvd #1046
Pleasant Hill, CA 94523
Telephone: (510) 457-1042
laura@laurabpowell.com
*Local Counsel*

/s/*Jenin Younes*

Jenin Younes*
Litigation Counsel

*/s/Gregory Dolin*

Gregory Dolin, MD*
Senior Litigation Counsel

NEW CIVIL LIBERTIES ALLIANCE
1225 19th Street NW, Suite 450
Washington, DC 20036
Telephone: (202) 869-5210
Facsimile: (202) 869-5238
jenin.younes@ncla.legal

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

Case Name: *Hoeg, Tracy, et al. v. Gavin Newsom, et al.*
Case No. **2:22-cv-01980-WBS-AC**

I hereby certify that on March 27, 2023, I electronically filed the following document with the Clerk of the Court by using the CM/ECF system:

**JOINT STATUS REPORT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be electronically accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct.

Executed on March 27, 2023, at San Francisco, California.

| Vanessa Jordan | *Vanessa Jordan* |
|---|---|
| Declarant | Signature |