UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| TRACY HØEG, M.D., Ph.D.; RAM DURISETI, M.D., Ph.D.; AARON KHERIATY, M.D.; PETE MAZOLEWSKI, M.D.; and AZADEH KHATIBI, M.D., M.S., M.P.H.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, Governor of the State of California, in his official capacity; KRISTINA LAWSON, President of the Medical Board of California, in her official capacity; RANDY HAWKINS, M.D., Vice President of the Medical Board of California, in his official capacity; LAURIE ROSE LUBIANO, Secretary of the Medical Board of California, in her official capacity; MICHELLE ANNE BHOLAT, M.D., M.P.H., DAVID E. RYU, RYAN BROOKS, JAMES M. HEALZER, M.D., ASIF MAHMOOD, M.D., NICOLE A. JEONG, RICHARD E. THORP, M.D., VELING TSAI, M.D., and ESERICK WATKINS, members of the Medical Board of California, in their official capacities; and ROB BONTA, Attorney General of California, | No. 2:22-cv-01980 WBS AC<br><br>ORDER |

1

| | |
|---|---|
| in his official capacity;<br><br>               Defendants.<br><br>―――<br><br>LETRINH HOANG, D.O.; PHYSICIANS FOR INFORMED CONSENT, a not-for profit organization; and CHILDREN'S HEALTH DEFENSE, CALIFORNIA CHAPTER, a California Nonprofit Corporation;<br><br>               Plaintiffs,<br><br>     v.<br><br>ROB BONTA, in his official capacity as Attorney General of California; and ERIKA CALDERON, in her official capacity as Executive Officer of the Osteopathic Medical Board of California;<br><br>               Defendants. | No. 2:22-cv-02147 WBS AC |

----oo0oo----

On the court's own motion, a hearing addressing whether these related actions are moot following the California Legislature's repeal of Business & Professions Code § 2270 is hereby SET for December 18, 2023, at 1:30 p.m. in Courtroom 5.

The parties in Høeg shall file separate briefs addressing the mootness question on or before November 27, 2023.

The Hoang plaintiffs' motion for leave to amend the complaint and to modify the scheduling order (Hoang Docket No. 39), currently set for November 13, 2023, is hereby RESET to December 18, 2023, also at 1:30 p.m. in Courtroom 5. The Hoang parties are not required to submit any additional briefing in advance of the December 18, 2023 hearing, as they have already

2

addressed the mootness issue in their briefs on the pending motion.

IT IS SO ORDERED.

Dated: November 1, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE