

# United States District Court
# Eastern District of California

| Tracy Hoeg, et al. |
|---|
Plaintiff(s)

Case Number: 2:22-cv-1980

V.

| Gavin Newsome, et al. |
|---|
Defendant(s)

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, John J. Vecchione hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Tracy Hoeg, Ram Duriseti, Aaron Kheriaty, Pete Mazolewski, Azadeh Khatibi

On 01/22/1992 (date), I was admitted to practice and presently in good standing in the Court of Appeals of the District of Columbia (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 12/06/2023     Signature of Applicant: /s/ John J. Vecchione

**Pro Hac Vice Attorney**

Applicant's Name: John J. Vecchione
Law Firm Name: New Civil Liberties Alliance
Address: 1225 19th St. N.W.
Suite 450
City: Washington   State: D.C.   Zip: 20036
Phone Number w/Area Code: (202) 918-6902
City and State of Residence: Falls Church, Virginia
Primary E-mail Address: john.vecchione@ncla.legal
Secondary E-mail Address: chris.stokes@ncla.legal

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Laura B. Powell
Law Firm Name: Laura B. Powell
Address: 2120 Contra Costa Blvd. # 1046

City: Pleasant Hill   State: CA   Zip: 94523
Phone Number w/Area Code: (510) 457-1042   Bar #: (SBN 240853)

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: December 6, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE