1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  ANYA M. BINSACCA, State Bar No. 189613
   STEVE DIEHL, State Bar No. 235250
3  EDWARD KIM, State Bar No. 195729
   Supervising Deputy Attorneys General
4  CHRISTINA SEIN GOOT, State Bar No. 229094
   MEGAN O'CARROLL, State Bar No. 215479
5  KRISTIN A. LISKA, State Bar No. 315994
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone:  (415) 510-3916
     Fax:  (415) 703-5480
8    E-mail:  Kristin.Liska@doj.ca.gov
   *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **TRACY HØEG, M.D., Ph.D., RAM DURISETI, M.D., Ph.D., AARON KHERIATY, M.D., PETE MAZOLEWSKI, M.D., and AZADEH KHATIBI, M.D., M.S., M.P.H.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, Governor of the State of California, in his official capacity; KRISTINA LAWSON, President of the Medical Board of California, in her official capacity; RANDY HAWKINS, M.D., Vice President of the Medical Board of California, in his official capacity; LAURIE ROSE LUBIANO, Secretary of the Medical Board of California, in her official capacity; MICHELLE ANNE BHOLAT, M.D., M.P.H., DAVID E. RYU, RYAN BROOKS, JAMES M. HEALZER, M.D., ASIF MAHMOOD, M.D., NICOLE A. JEONG, RICHARD E. THORP, M.D., VELING TSAI, M.D., and ESERICK WATKINS, members of the Medical Board of California, in their official capacities; and ROB BONTA, Attorney General of California, in his official capacity,**<br><br>Defendants. | Case No. 2:22-cv-01980-WBS-AC<br><br>**JOINT STATUS REPORT IN RESPONSE TO COURT'S DECEMBER 21, 2023 ORDER**<br><br>Judge:  The Honorable William B. Shubb<br>Trial Date:  Not yet scheduled<br>Action Filed:  November 1, 2022 |

1


| | |
|---|---|
| **LETRINH HOANG, D.O., PHYSICIANS FOR INFORMED CONSENT, a not-for profit organization, and CHILDREN'S HEALTH DEFENSE, CALIFORNIA CHAPTER, a California Nonprofit Corporation,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California, and ERIKA CALDERON, in her official capacity as Executive Officer of the Osteopathic Medical Board of California ("OMBC"),**<br><br>Defendants | Case No. 2:22-cv-02147-WBS-AC |

The parties submit the following joint status report in response to the Court's December 21, 2023 order proposing a new briefing schedule in this matter. The parties were unable to reach a consensus on a briefing schedule and submit the following two proposals to the Court.

Defendants propose to file a motion to dismiss in both matters raising the issues of mootness (as addressed in the previous briefing the Court requested) and sovereign immunity (as identified by Defendants at the December 18, 2023 hearing). Defendants do not intend to raise any arguments with respect to the merits in their motion to dismiss. They propose the parties brief and argue the motion to dismiss first, and then set a subsequent, separate schedule for briefing and argument on the merits should that motion be denied. This will help preserve the Court's and parties' resources by focusing on the issues raised in the motion to dismiss and avoiding any unnecessary briefing on the merits in the event the motion is granted. It will also facilitate a prompt resolution of this matter with a shorter briefing schedule for a dispositive motion instead of requiring the lengthier schedule needed to fully brief cross-motions for summary judgment. Defendants propose the following schedule in both matters:

        Defendants' motion to dismiss due **January 29, 2024**

        Plaintiffs' oppositions due **February 29, 2024**

        Defendants' reply due **March 15, 2024**

        Hearing set for **April 1, 2024 at 1:30 p.m.**

Plaintiffs in the *Høeg* matter accept Defendants' proposal with respect to the motion to dismiss, but rather than submitting only an opposition, also propose withdrawing their September 29, 2023 motion for summary judgment and submitting a combined response to Defendants' motion to dismiss along with a cross motion for summary judgment due on **February 29, 2024**.

Defendants' combined reply and opposition to summary judgment would be due **March 29, 2024.**

Plaintiffs' reply to Defendants' opposition to summary judgment would be due **April 19, 2024**. Plaintiffs' proposed briefing schedule would permit the parties to fully respond to each others' arguments, while also not unnecessarily expending resources by drawing out briefing with two separate motions.

The plaintiffs in the *Hoang* matter are amenable to either proposed schedule.

| | |
|---|---|
| Dated:  December 29, 2023 | Respectfully submitted, |
| | ROB BONTA<br>Attorney General of California<br>ANYA M. BINSACCA<br>STEVE DIEHL<br>EDWARD KIM<br>Supervising Deputy Attorneys General<br>CHRISTINA SEIN GOOT<br>MEGAN O'CARROLL<br>Deputy Attorneys General |
| | /s/ *Kristin Liska*<br>KRISTIN A. LISKA<br>Deputy Attorney General<br>*Attorneys for Defendants* |
| | /s/ *Laura B. Powell*<br>Laura B. Powell (CA Bar No. 240853)<br>2120 Contra Costa Blvd #1046<br>Pleasant Hill, CA 94523<br>Telephone: (510) 457-1042<br>laura@laurabpowell.com<br>*Local Counsel* |
| | /s/*Casey Norman*<br>Casey Norman*<br>Litigation Counsel |
| | /s/*Jenin Younes*<br>Jenin Younes*<br>Litigation Counsel |
| | /s/*Gregory Dolin*<br>Gregory Dolin, MD*<br>Senior Litigation Counsel |
| | NEW CIVIL LIBERTIES ALLIANCE<br>1225 19th Street NW, Suite 450<br>Washington, DC 20036<br>Telephone: (202) 869-5210<br>Facsimile: (202) 869-5238<br>casey.norman@ncla.legal |
| | *Attorneys for* Høeg *Plaintiffs* |
| | /s/ *Richard Jaffe*<br>(as authorized by email on 12/29/24)<br>RICHARD JAFFE<br>ROBERT KENNEDY JR. (Pro Hac Vice)<br>Children's Health Defense |
| | *Attorneys for Hoang Plaintiffs* |

4

**CERTIFICATE OF SERVICE**

Case Names: ***Hoeg, Tracy, et al. v. Gavin Newsom, et al.***; ***Hoang, et al. v. Bonta, et al.***
Case Nos.: **2:22-cv-01980-WBS-AC; 2:22-cv-02147-WBS-AC**

I hereby certify that on December 29, 2023, I electronically filed the following document with the Clerk of the Court by using the CM/ECF system:

- **JOINT STATUS REPORT IN RESPONSE TO COURT'S DECEMBER 21, 2023 ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be electronically accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct.

Executed on December 29, 2023, at San Francisco, California.

| Vanessa Jordan | *Vanessa Jordan* |
|---|---|
| Declarant | Signature |