1  RICHARD JAFFE, ESQ.
   State Bar No. 289362
2  428 J Street, 4th Floor
   Sacramento, California 95814
3  Tel: 916-492-6038
   Fax: 713-626-9420
4  rickjaffeesquire@gmail.com

5
   ROBERT F. KENNEDY JR., ESQ.
6  (subject to pro hac vice admission)
   48 Dewitt Mills. Rd.
7  Hurley, NY 12433
   Tel: 845-481-2622
8  rfk1954@gmail.com

9  KIMBERLY MACK ROSENBERG, ESQ.
   (subject to pro hac vice admission)
10 General Counsel, Children's Health Defense
   852 Franklin Ave., Suite 511
11 Franklin Lakes, NJ 07417
   kim.mackrosenberg@childrenshealthdefense.org
12
   Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIERRE KORY, M.D., BRYAN TYSON, M.D., LETRINH HOANG, D.O., PHYSICIANS FOR INFORMED CONSENT, a not-for-profit corporation, and CHILDREN'S HEALTH DEFENSE, a not-for-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of California, REJI VARGHESE, in his official capacity as Executive Director of the Medical Board of California, ERIKA CALDERON, in her official capacity as Executive Officer of the Osteopathic Medical Board of California,<br><br>Defendants. | **Case No: 2:24-cv-00001-DJC-AC**<br><br>**NOTICE OF RELATED CASE TO:**<br><br>**(HOANG, et., al., v. BONTA, et., al No: 2:22-cv-02147-WBS-AC)**<br><br>**(HOEG, et al., v. LAWSON et al, No.: 2:22-cv-01980-WBS-AC)** |

1
LOCAL RULE 123
NOTICE OF RELATED CASE

**TO COUNSEL OF RECORD IN HOANG, et., al., v. BONTA, et., al No: 2:22-cv-02147-WBS-AC and** *HOEG, et al., v. LAWSON et al.,* **CASE NO. 2:22- cv-01980-WBS-AC**

PLEASE TAKE NOTICE THAT pursuant to Local Rule 123 (2), (3), and (4), Plaintiffs by their undersigned counsel, hereby submit this Notice of Related Case regarding *Hoang, et. Al., v. Bonta, et., al., No: 2:22-cv-02147-WBS-AC,* and *Hoeg, et. al. v Lawson et. al.,* Case No 2:22-cv-01980-WBS-AC.

1. Local Rule 123(a) subsections (2), (3), and (4), "Definition of Related Cases" leads undersigned counsel to have reason to believe that this action "may" be related to the Hoang and *Hoeg* cases presently pending before Judge Shubb. Under Local Rule 123(b), "Duties of Counsel", counsel "shall file" a Notice of Related case in each action.
2. In considering Local Rule 123(a) subsection (3), all three actions involve First Amendment constitutional challenges to the medical boards of California investigation and prosecution of physicians for so called covid misinformation. The only difference is that the two pending cases before Judge Shubb challenge AB 2098/Section 2270 of the Bus. & Prof. Code whereas the defendants base their prosecutions of physicians in this case on another section, Section 2234 (c).
3. All of defendants in *Hoeg* and *Hoang* are defendants in the instant action.
4. All the plaintiffs in *Hoang v Bonta*, are plaintiffs in in the instant case, but two medical doctors are added to this case.
5. All three cases involve similar facts to the extent that they deal with the same type of information which can and cannot be provided to patients relating to the pandemic.
6. The assignment of this case to a single judge is likely to effectuate a savings of judicial effort and other economies, and might lessen the risk of inconsistent decisions. Specially, although Judge Shubb did not rule on the First Amendment issue in either filed case, the parties extensively briefed the issue, and a summary judgment on the First Amendment issue has been filed and is just awaiting the court's scheduling of the motion.

7. Additionally, under Local Rule 123 (a) subsection (4), there would surely be a "substantial duplication of labor" if two judges in the same district are to rule on the First Amendment issue as to whether the medical boards have the constitutional authority to sanction physicians for their protected speech to patients.

Respectfully submitted,

_____
RICHARD JAFFE, ESQ.
State Bar No. 289362
428 J Street, 4th Floor
Sacramento, California 95814
Tel: 916-492-6038
Fax: 713-626-9420
rickjaffeesquire@gmail.com

ROBERT F. KENNEDY JR., ESQ.
(subject to pro hac vice admission)
48 Dewitt Mills. Rd.
Hurley, NY 12433
Tel: 845-481-2622
rfk1954@gmail.com

KIMBERLY MACK ROSENBERG, ESQ.
(subject to pro hac vice admission)
General Counsel, Children's Health Defense
852 Franklin Ave., Suite 511
Franklin Lakes, NJ 07417
kim.mackrosenberg@childrenshealthdefense.org

**NOTICE OF E SERVICE**

I, Richard Jaffe affirm as follows:

1. I am an attorney at law admitted to practice in this court. I am not a party to this action and am over the age of 18. I am counsel of record for the Plaintiffs in this case. I submit this Notice of Electronic filing and service under penalties of perjury in under the laws of the state of California.

The Notice of Related Case is being served on the Defendant and the Plaintiffs in the Hoeg case by E service, the Notice being filed in both case's docket.

Plaintiffs' counsel in Hoeg v Newsom:

Laura B. Powell, laura@laurabpowell.com
Gregory Dolin, gdolin@ubalt.edu,
Jenin Younes, jenin.younes@ncla.legal.

Defendants' counsel:

DAG Kristin A. Liska, kristin.liska@doj.ca.gov

January 1, 2024

                                                               Richard Jaffe, Esq.