UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| TRACY HØEG, M.D., Ph.D.; RAM DURISETI, M.D., Ph.D.; AARON KHERIATY, M.D.; PETE MAZOLEWSKI, M.D.; and AZADEH KHATIBI, M.D., M.S., M.P.H.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, Governor of the State of California, in his official capacity; KRISTINA LAWSON, President of the Medical Board of California, in her official capacity; RANDY HAWKINS, M.D., Vice President of the Medical Board of California, in his official capacity; LAURIE ROSE LUBIANO, Secretary of the Medical Board of California, in her official capacity; MICHELLE ANNE BHOLAT, M.D., M.P.H., DAVID E. RYU, RYAN BROOKS, JAMES M. HEALZER, M.D., ASIF MAHMOOD, M.D., NICOLE A. JEONG, RICHARD E. THORP, M.D., VELING TSAI, M.D., and ESERICK WATKINS, members of the Medical Board of California, in their official capacities; and ROB BONTA, Attorney General of California, | No. 2:22-cv-01980 WBS AC<br><br>ORDER RELATING CASES |

1

| | | |
|---|---|---|
| 1 | in his official capacity, | |
| 2 | Defendants. | |
| 3 | | |
| 4 | LETRINH HOANG, D.O.; PHYSICIANS FOR INFORMED CONSENT, a not-for profit organization; and CHILDREN'S HEALTH DEFENSE, CALIFORNIA CHAPTER, a California Nonprofit Corporation, | No. 2:22-cv-02147 WBS AC |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | Plaintiffs, | |
| 9 | v. | |
| 10 | ROB BONTA, in his official capacity as Attorney General of California; and ERIKA CALDERON, in her official capacity as Executive Officer of the Osteopathic Medical Board of California, | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | Defendants. | |
| 15 | PIERRE KORY, M.D., BRYAN TYSON, M.D., LETRINH HOANG, D.O., PHYSICIANS FOR INFORMED CONSENT, a not-for-profit corporation, and CHILDREN'S HEALTH DEFENSE, a not-for-profit corporation, | No. 2:24-cv-00001 DJC AC |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | Plaintiffs, | |
| 20 | v. | |
| 21 | ROB BONTA, in his official capacity as Attorney General of California, REJI VARGHESE, in his official capacity as Executive Director of the Medical Board of California, ERIKA CALDERON, in her official capacity as Executive Officer of the Osteopathic Medical Board of California, | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | Defendants. | |
| 28 | | |

2

----oo0oo----

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a), because they involve First Amendment challenges to the discipline of physicians by the medical boards of California for the provision of Covid-19-related "misinformation."  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected.  The parties should also be aware that, while the court has chosen to hear motions in the Høeg and Hoang matters concurrently, the Kory matter will proceed separately.

IT IS THEREFORE ORDERED that the actions denominated Høeg v. Newsom, 2:22-cv-01980 WBS AC, Hoang v. Bonta, 2:22-cv-02147 WBS AC, and Kory v. Bonta, 2:24-cv-00001 DJC AC, be, and the same hereby are, deemed related.  The case denominated Kory v. Bonta, 2:24-cv-00001 DJC AC, shall be reassigned to the Honorable WILLIAM B. SHUBB.  Any dates currently set in the reassigned case only are hereby VACATED.  Henceforth, the captions on documents filed in the reassigned case shall be shown as Kory v. Bonta, 2:24-cv-00001 WBS AC.

IT IS FURTHER ORDERED that the Clerk of the Court make

an appropriate adjustment in the assignment of cases to compensate for this reassignment.

Dated:  January 3, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE