IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

----

TRACY HØEG, M.D., Ph.D., RAM DURISETI, M.D., Ph.D., AARON KHERIATY, M.D., PETE MAZOLEWSKI, M.D., and AZADEH KHATIBI, M.D., M.S., M.P.H.,

    Plaintiffs,

v.

GAVIN NEWSOM, Governor of the State of California, in his official capacity; KRISTINA LAWSON, President of the Medical Board of California, in her official capacity; RANDY HAWKINS, M.D., Vice President of the Medical Board of California, in his official capacity; LAURIE ROSE LUBIANO, Secretary of the Medical Board of California, in her official capacity; MICHELLE ANNE BHOLAT, M.D., M.P.H., DAVID E. RYU, RYAN BROOKS, JAMES M. HEALZER, M.D., ASIF MAHMOOD, M.D., NICOLE A. JEONG, RICHARD E. THORP, M.D., VELING TSAI, M.D., and ESERICK WATKINS, members of the Medical Board of California, in their official capacities; and ROB BONTA, Attorney General of California, in his official capacity,

    Defendants.

Case No. 2:22-cv-01980-WBS-AC

Pursuant to the stipulation submitted by the parties, it is hereby ORDERED that:

    1.    Plaintiffs' motion for attorney's fees (if any), will be filed within 60 days of the Supreme Court's decision in *Lackey v. Stinnie*, No. 23-621;

    2.    Defendants' opposition (if any) will be filed within 30 days of Plaintiffs' motion;

    3.    Any reply brief supporting the motion shall be due 15 days after submission of Defendants' brief.

Dated: April 26, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE